# Exhibit A

## List of AETN's Registered Episodes of *Live PD*

| No. | Title | Registration Number | Registration Date |
|---|---|---|---|
| 1. | **LIVE PD – Season 1, Episode 1 "10.28.16"** | PA 2-361-745 | July 25, 2022 |
| 2. | **LIVE PD – Season 1 Episode 2 "11.04.16"** | PA 2-361-759 | July 25, 2022 |
| 3. | **LIVE PD – Season 1 Episode 3 "11.11.16"** | PA 2-361-761 | July 25, 2022 |
| 4. | **LIVE PD – Season 1, Episode 60 "08.12.17"** | PA 2-361-758 | July 25, 2022 |
| 5. | **LIVE PD – Season 1, Episode 61 "08.18.17"** | PA 2-361-756 | July 25, 2022 |
| 6. | **LIVE PD – Season 1, Episode 62 "08.19.17"** | PA 2-361-801 | July 25, 2022 |
| 7. | **LIVE PD – Season 2 Episode 63 "10.06.17"** | PA 2-361-732 | July 25, 2022 |
| 8. | **LIVE PD – Season 2 Episode 64 "10.07.17"** | PA 2-361-733 | July 25, 2022 |
| 9. | **LIVE PD – Season 2 Episode 65 "10.13.17"** | PA 2-361-740 | July 25, 2022 |
| 10. | **LIVE PD – Season 2 Episode 141 "08.18.18"** | PA 2-361-743 | July 25, 2022 |
| 11. | **LIVE PD – Season 2 Episode 142 "08.24.18"** | PA 2-361-737 | July 25, 2022 |
| 12. | **LIVE PD – Season 2 Episode 143 "08.25.18"** | PA 2-361-738 | July 25, 2022 |
| 13. | **LIVE PD – Season 3 Episode 144 "09.21.18"** | PA 2-361-739 | July 25, 2022 |
| 14. | **LIVE PD – Season 3 Episode 145 "09.22.18"** | PA 2-361-722 | July 25, 2022 |
| 15. | **LIVE PD – Season 3 Episode 146 "09.28.18"** | PA 2-361-742 | July 25, 2022 |
| 16. | **LIVE PD – Season 3 Episode 231 "08.17.19"** | PA 2-361-718 | July 25, 2022 |
| 17. | **LIVE PD – Season 3 Episode 232 "08.23.19"** | PA 2-361-729 | July 25, 2022 |
| 18. | **LIVE PD – Season 3 Episode 233 "08.24.19"** | PA 2-361-724 | July 25, 2022 |
| 19. | **LIVE PD – Season 4 Episode 234 "09.20.19"** | PA 2-361-754 | July 25, 2022 |
| 20. | **LIVE PD – Season 4 Episode 235 "09.21.19"** | PA 2-361-753 | July 25, 2022 |
| 21. | **LIVE PD – Season 4 Episode 236 "09.27.19"** | PA 2-361-800 | July 25, 2022 |
| 22. | **LIVE PD – Season 4 Episode 296 "05.16.20"** | PA 2-361-744 | July 25, 2022 |
| 23. | **LIVE PD – Season 4 Episode 297 "05.22.20"** | PA 2-361-750 | July 25, 2022 |
| 24. | **LIVE PD – Season 4 Episode 298 "05.23.20"** | PA 2-361-752 | July 25, 2022 |