# Exhibit C

True and correct copies of AETN's Registered Episodes of *Live PD* on four flash drives (to be lodged with the Court)