# Exhibit D

True and correct copies of episodes of *On Patrol: Live* on one flash drive (to be lodged with the Court)