# Exhibit E

# United States of America
## United States Patent and Trademark Office

# LIVE PD

**Reg. No. 5,478,306**  A&E Television Networks, LLC (DELAWARE LIMITED LIABILITY COMPANY)
**Registered May 29, 2018**  235 East 45th Street
  New York, NEW YORK 10017
**Int. Cl.: 41**
  CLASS 41: Entertainment services, namely, a multimedia program series featuring subjects of general human interest distributed via various platforms across multiple forms of transmission media; entertainment services, namely, an ongoing television series featuring subjects of general human interest; providing a website featuring entertainment information
**Service Mark**

**Principal Register**  FIRST USE 10-28-2016; IN COMMERCE 10-28-2016

  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

  SEC.2(F)

  SER. NO. 87-176,615, FILED 09-20-2016



Director of the United States
Patent and Trademark Office

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2022-08-15 11:40:01 EDT |
| Mark: | LIVE PD |

# LIVE PD

| | | | |
|---|---|---|---|
| US Serial Number: | 87176615 | Application Filing Date: | Sep. 20, 2016 |
| US Registration Number: | 5478306 | Registration Date: | May 29, 2018 |
| Filed as TEAS RF: | Yes | Currently TEAS RF: | Yes |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| TM5 Common Status Descriptor: | | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| Status Date: | May 29, 2018 | | |
| Publication Date: | Mar. 13, 2018 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | LIVE PD |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |
| Acquired Distinctiveness Claim: | In whole |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Entertainment services, namely, a multimedia program series featuring subjects of general human interest distributed via various platforms across multiple forms of transmission media; entertainment services, namely, an ongoing television series featuring subjects of general human interest; providing a website featuring entertainment information | | |
| International Class(es): | 041 - Primary Class | U.S Class(es): | 100, 101, 107 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Oct. 28, 2016 | Use in Commerce: | Oct. 28, 2016 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | Yes |
| Filed ITU: | Yes | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |

| | | | |
|---|---|---|---|
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | A&E Television Networks, LLC |
| **Owner Address:** | 235 East 45th Street<br>New York, NEW YORK UNITED STATES 10017 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Monica B. Richman | **Docket Number:** | LivePD |
| **Attorney Primary Email Address:** | trademarks.us@dentons.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Monica B. Richman<br>DENTONS US LLP<br>PO BOX #1302<br>CHICAGO, ILLINOIS UNITED STATES 60604 |

| | | | |
|---|---|---|---|
| **Phone:** | 212-768-5367 | **Fax:** | 212-768-6800 |
| **Correspondent e-mail:** | trademarks.us@dentons.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 08, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 08, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 08, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 29, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 13, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 13, 2018 | PUBLISHED FOR OPPOSITION | |
| Feb. 21, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 03, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 02, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Feb. 02, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Feb. 02, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Aug. 03, 2017 | NOTIFICATION OF PRIORITY ACTION E-MAILED | 6326 |
| Aug. 03, 2017 | PRIORITY ACTION E-MAILED | 6326 |
| Aug. 03, 2017 | PRIORITY ACTION WRITTEN | 81139 |
| Jul. 14, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jul. 14, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jul. 14, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 19, 2017 | ASSIGNED TO EXAMINER | 81139 |
| Jun. 15, 2017 | NOTICE OF ACCEPTANCE OF AMENDMENT TO ALLEGE USE E-MAILED | |
| Jun. 14, 2017 | USE AMENDMENT ACCEPTED | 93000 |
| Jun. 06, 2017 | AMENDMENT TO USE PROCESSING COMPLETE | 88889 |
| Jun. 06, 2017 | USE AMENDMENT FILED | 88889 |
| Jun. 05, 2017 | TEAS AMENDMENT OF USE RECEIVED | |
| Jan. 17, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jan. 17, 2017 | NON-FINAL ACTION E-MAILED | 6325 |
| Jan. 17, 2017 | NON-FINAL ACTION WRITTEN | 93000 |

| | | |
|---|---|---|
| Jan. 12, 2017 | ASSIGNED TO EXAMINER | 93000 |
| Jan. 11, 2017 | ASSIGNED TO EXAMINER | 80802 |
| Dec. 27, 2016 | ASSIGNED TO EXAMINER | 88570 |
| Sep. 23, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 23, 2016 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION       **Date in Location:** May 29, 2018

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2022-08-24 11:24:41 EDT |
| Mark: | LIVE PD |

# LIVE PD

| | | | |
|---|---|---|---|
| US Serial Number: | 88456775 | Application Filing Date: | Jun. 03, 2019 |
| Filed as TEAS RF: | Yes | Currently TEAS RF: | Yes |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| TM5 Common Status Descriptor: |  | LIVE/APPLICATION/Under Examination  The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. | |
| Status: | A third request for extension of time to file a Statement of Use has been granted. | | |
| Status Date: | Jun. 15, 2022 | | |

**Publication Date:** Oct. 27, 2020  **Notice of Allowance Date:** Dec. 22, 2020

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | LIVE PD |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |
| Acquired Distinctiveness Claim: | In whole |

## Related Properties Information

| | |
|---|---|
| Claimed Ownership of US Registrations: | 5478306 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| For: | Entertainment services, namely, providing visual and audio performances by actors and celebrities, ongoing television program content in the field of law enforcement, policing, police patrols and public encounters with law enforcement, live stage performances in the nature of personal appearances by hosts, entertainers, spokespersons, canines and celebrities; organizing live events in the field of law enforcement, policing, police patrols and public encounters with law enforcement for cultural or educational purposes; entertainment services, namely, conducting programs and events featuring information on law enforcement, policing, police patrols and public encounters with law enforcement; arranging and conducting special events for social entertainment purposes; organizing cultural and arts events; entertainment services, namely, producing and providing ongoing audiovisual television and multimedia programs in the field of law enforcement, policing, police patrols and public encounters with law enforcement; entertainment services, namely, providing televised, online and personal appearances by hosts, entertainers, spokespersons, canines and celebrities |
| International Class(es): | 041 - Primary Class |
| U.S Class(es): | 100, 101, 107 |
| Class Status: | ACTIVE |

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** A&E Television Networks, LLC
**Owner Address:** 235 East 45th Street
New York, NEW YORK UNITED STATES 10017
**Legal Entity Type:** LIMITED LIABILITY COMPANY
**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** MONICA B. RICHMAN
**Docket Number:** 216026085446
**Attorney Primary Email Address:** trademarks.us@dentons.com
**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** MONICA B. RICHMAN
DENTONS US LLP
P.O. BOX 1302
CHICAGO, ILLINOIS UNITED STATES 60604
**Phone:** 212-768-5367
**Fax:** 212-768-6800
**Correspondent e-mail:** trademarks.us@dentons.com
**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 17, 2022 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jun. 15, 2022 | SOU EXTENSION 3 GRANTED | 98765 |
| Jun. 15, 2022 | SOU EXTENSION 3 FILED | 98765 |
| Jun. 15, 2022 | TEAS EXTENSION RECEIVED | |
| Dec. 17, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Dec. 15, 2021 | SOU EXTENSION 2 GRANTED | 98765 |
| Dec. 15, 2021 | SOU EXTENSION 2 FILED | 98765 |
| Dec. 15, 2021 | TEAS EXTENSION RECEIVED | |
| Jun. 17, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jun. 15, 2021 | SOU EXTENSION 1 GRANTED | 98765 |
| Jun. 15, 2021 | SOU EXTENSION 1 FILED | 98765 |
| Jun. 15, 2021 | TEAS EXTENSION RECEIVED | |
| Dec. 22, 2020 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 27, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 27, 2020 | PUBLISHED FOR OPPOSITION | |
| Oct. 07, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 22, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | 69712 |
| Sep. 22, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 69712 |
| Sep. 22, 2020 | ASSIGNED TO LIE | 69712 |

| Date | Event | Code |
|---|---|---|
| Sep. 21, 2020 | EXPARTE APPEAL TERMINATED | 456775 |
| Sep. 21, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 21, 2020 | ATTORNEY REVIEW COMPLETED | 94652 |
| Sep. 11, 2020 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| Sep. 11, 2020 | EX PARTE APPEAL-INSTITUTED | 456775 |
| Sep. 11, 2020 | JURISDICTION RESTORED TO EXAMINING ATTORNEY | 456775 |
| Sep. 11, 2020 | EXPARTE APPEAL RECEIVED AT TTAB | |
| Mar. 12, 2020 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Mar. 12, 2020 | FINAL REFUSAL E-MAILED | |
| Mar. 12, 2020 | FINAL REFUSAL WRITTEN | 94652 |
| Feb. 14, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Feb. 14, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Feb. 14, 2020 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Aug. 14, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Aug. 14, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Aug. 14, 2019 | NON-FINAL ACTION WRITTEN | 94652 |
| Aug. 01, 2019 | ASSIGNED TO EXAMINER | 94652 |
| Jun. 17, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 06, 2019 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** MASON, JARED MICHAEL   **Law Office Assigned:** LAW OFFICE 119

### File Location

**Current Location:** INTENT TO USE SECTION   **Date in Location:** Dec. 22, 2020

## Proceedings

### Summary

**Number of Proceedings:** 1

### Type of Proceeding: Exparte Appeal

**Proceeding Number:** 88456775   **Filing Date:** Sep 11, 2020
**Status:** Terminated   **Status Date:** Sep 21, 2020
**Interlocutory Attorney:**

#### Plaintiff(s)

**Name:** A&E Television Networks, LLC
**Correspondent Address:** MONICA B. RICHMAN
DENTONS US LLP
P.O. BOX #061080
CHICAGO IL UNITED STATES , 60606-1080
**Correspondent e-mail:** trademarks.us@dentons.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| LIVE PD | Third Extension - Granted | 88456775 | |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 4 | TERMINATED | Sep 21, 2020 | |
| 3 | INSTITUTED | Sep 11, 2020 | |
| 2 | APPEAL ACKNOWLEDGED; CASE REMANDED | Sep 11, 2020 | |
| 1 | APPEAL TO BOARD | Sep 11, 2020 | |

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2022-08-24 11:24:15 EDT |
| **Mark:** | LIVE PD |

# LIVE PD

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88473933 | **Application Filing Date:** | Jun. 14, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | \multicolumn{2}{l}{LIVE/APPLICATION/Under Examination<br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.} |
| **Status:** | \multicolumn{3}{l}{A third request for extension of time to file a Statement of Use has been granted.} |
| **Status Date:** | Jun. 30, 2022 | | |

**Publication Date:** Nov. 10, 2020   **Notice of Allowance Date:** Jan. 05, 2021

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | LIVE PD |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "PD" |
| **Acquired Distinctiveness Claim:** | In whole |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 5478306 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | \multicolumn{3}{l}{Printed matter, namely, novels, short stories, books, magazines, pamphlets, newsletters, articles and brochures based on a television series in the field of general human interest; printed materials, namely, a series of fiction and non-fiction books based on a television series, activity books, novels, graphic novels, picture books, coloring books; calendars and other items, namely, children's activity books, stickers, posters} |
| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** | 002, 005, 022, 023, 029, 037, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | A&E Television Networks, LLC |
| **Owner Address:** | 235 East 45th Street<br>New York, NEW YORK UNITED STATES 10017 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | MONICA B. RICHMAN | **Docket Number:** | 216026085449 |
| **Attorney Primary Email Address:** | trademarks.us@dentons.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | MONICA B. RICHMAN<br>DENTONS US LLP<br>P.O. BOX 1302<br>CHICAGO, ILLINOIS UNITED STATES 60604 |

| | | | |
|---|---|---|---|
| **Phone:** | 212-768-5367 | **Fax:** | 212-768-6800 |
| **Correspondent e-mail:** | trademarks.us@dentons.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 02, 2022 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jun. 30, 2022 | SOU EXTENSION 3 GRANTED | 98765 |
| Jun. 30, 2022 | SOU EXTENSION 3 FILED | 98765 |
| Jun. 30, 2022 | TEAS EXTENSION RECEIVED | |
| Jan. 06, 2022 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jan. 04, 2022 | SOU EXTENSION 2 GRANTED | 98765 |
| Jan. 04, 2022 | SOU EXTENSION 2 FILED | 98765 |
| Jan. 04, 2022 | TEAS EXTENSION RECEIVED | |
| Jul. 06, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jul. 02, 2021 | SOU EXTENSION 1 GRANTED | 98765 |
| Jul. 02, 2021 | SOU EXTENSION 1 FILED | 98765 |
| Jul. 02, 2021 | TEAS EXTENSION RECEIVED | |
| Jan. 05, 2021 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Nov. 10, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 10, 2020 | PUBLISHED FOR OPPOSITION | |
| Oct. 21, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 02, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 11, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Sep. 11, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Sep. 11, 2020 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |

| | | |
|---|---|---|
| Mar. 12, 2020 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 12, 2020 | NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 12, 2020 | NON-FINAL ACTION WRITTEN | 94652 |
| Feb. 21, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | 68552 |
| Feb. 21, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 68552 |
| Feb. 14, 2020 | ASSIGNED TO LIE | 68552 |
| Feb. 10, 2020 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Aug. 09, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Aug. 09, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Aug. 09, 2019 | NON-FINAL ACTION WRITTEN | 94652 |
| Aug. 01, 2019 | ASSIGNED TO EXAMINER | 94652 |
| Jun. 26, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 18, 2019 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

| **TM Staff Information** | | | |
|---|---|---|---|
| **TM Attorney:** | MASON, JARED MICHAEL | **Law Office Assigned:** | LAW OFFICE 119 |
| **File Location** | | | |
| **Current Location:** | INTENT TO USE SECTION | **Date in Location:** | Jan. 05, 2021 |