UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A&E TELEVISION NETWORKS, LLC,<br><br>                                      Plaintiff,<br><br>- against -<br><br>BIG FISH ENTERTAINMENT LLC, HALF MOON PICTURES, LLC, and REELZCHANNEL, LLC,<br><br>                                      Defendants. | Index No.:<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

**PLAINTIFF A&E TELEVISION NETWORKS, LLC's
DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges of this Court to determine the need for recusal, the undersigned counsel for A&E Television Networks, LLC ("AETN") states as follows: AETN is a limited liability company with interests held by five entities, three of which own more than 10% of AETN: (1) Hearst Communications, Inc., the ultimate parent of which is The Hearst Corporation, which is not publicly traded; (2) Hearst Holdings, Inc., the ultimate parent of which is The Hearst Corporation, which is not publicly traded; and (3) Disney/ABC International Television, Inc., whose ultimate parent company is The Walt Disney Company, which is publicly traded.  AETN does not own 10% or more of the outstanding shares of any publicly owned company.

Dated: New York, New York
      August 30, 2022

Respectfully submitted,

*/s/ David L. Yohai*
David L. Yohai
Benjamin E. Marks
Randi W. Singer
David E. Yolkut
Fredrick Rhine

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Phone: (212) 310-8000
Fax: (212) 310-8007
david.yohai@weil.com

*Attorneys for Plaintiff AETN*