UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A&E TELEVISION NETWORKS, LLC,<br><br>                             Plaintiff,<br><br>- against -<br><br>BIG FISH ENTERTAINMENT, LLC, HALF MOON PICTURES, LLC, and REELZCHANNEL, LLC,<br><br>                            Defendants. | Case No.: 1:22-cv-07411 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Randi W. Singer of the law firm Weil, Gotshal & Manges LLP and admitted to the Bar of this Court, hereby enters her appearance as counsel for Plaintiff A&E Television Networks, LLC in the above-captioned action and respectfully requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: August 30, 2022

                                                  Respectfully submitted,

                                                  WEIL, GOTSHAL & MANGES LLP

                                                  By:  */s/ Randi W. Singer*
                                                             Randi W. Singer

                                                  Randi W. Singer
                                                  Weil, Gotshal & Manges LLP
                                                  767 Fifth Avenue
                                                  New York, NY 10153
                                                  Telephone: (212) 310-8000
                                                  Facsimile: (212) 310-8007
                                                  Email: randi.singer@weil.com