UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A&E TELEVISION NETWORKS, LLC,<br><br>                    Plaintiff,<br><br>- against -<br><br>BIG FISH ENTERTAINMENT, LLC, HALF MOON PICTURES, LLC, and REELZCHANNEL, LLC,<br><br>                    Defendants. | Case No.: 1:22-cv-07411 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that David E. Yolkut of the law firm Weil, Gotshal & Manges LLP and admitted to the Bar of this Court, hereby enters his appearance as counsel for Plaintiff A&E Television Networks, LLC in the above-captioned action and respectfully requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: August 30, 2022

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By:  */s/ David E. Yolkut*
         David E. Yolkut

David E. Yolkut
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: david.yolkut@weil.com