UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A&E TELEVISION NETWORKS, LLC,<br><br>        Plaintiff,<br><br> - against -<br><br>BIG FISH ENTERTAINMENT, LLC, HALF MOON PICTURES, LLC, and REELZCHANNEL, LLC,<br><br>        Defendants. | Case No.: 1:22-cv-07411 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Fredrick T. Rhine of the law firm Weil, Gotshal & Manges LLP and admitted to the Bar of this Court, hereby enters his appearance as counsel for Plaintiff A&E Television Networks, LLC in the above-captioned action and respectfully requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:  August 30, 2022

                       Respectfully submitted,

                       WEIL, GOTSHAL & MANGES LLP

                       By:  */s/ Fredrick T. Rhine*
                           Fredrick T. Rhine

                       Fredrick T. Rhine
                       Weil, Gotshal & Manges LLP
                       767 Fifth Avenue
                       New York, NY 10153
                       Telephone: (212) 310-8000
                       Facsimile: (212) 310-8007
                       Email: fredrick.rhine@weil.com