AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 22-cv-07411   DATE FILED: 8/30/2022 | U.S. District Court - Southern District of New York<br>500 Pearl Street, New York, NY 10007 |

| PLAINTIFF | DEFENDANT |
|---|---|
| A&E Television Networks, LLC | Big Fish Entertainment, LLC<br>Half Moon Pictures, LLC<br>ReelzChannel, LLC |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Exhibit A attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED: 8/30/2022 | INCLUDED BY:<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☑ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A attached | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| RUBY J. KRAJICK | /S/ V. BRAHIMI | 08/31/2022 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# Exhibit A

| No. | Title | Registration Number | Author |
|---|---|---|---|
| 1. | LIVE PD – Season 1, Episode 1 "10.28.16" | PA 2-361-745 | A&E Television Networks, LLC |
| 2. | LIVE PD – Season 1 Episode 2 "11.04.16" | PA 2-361-759 | A&E Television Networks, LLC |
| 3. | LIVE PD – Season 1 Episode 3 "11.11.16" | PA 2-361-761 | A&E Television Networks, LLC |
| 4. | LIVE PD – Season 1, Episode 60 "08.12.17" | PA 2-361-758 | A&E Television Networks, LLC |
| 5. | LIVE PD – Season 1, Episode 61 "08.18.17" | PA 2-361-756 | A&E Television Networks, LLC |
| 6. | LIVE PD – Season 1, Episode 62 "08.19.17" | PA 2-361-801 | A&E Television Networks, LLC |
| 7. | LIVE PD – Season 2 Episode 63 "10.06.17" | PA 2-361-732 | A&E Television Networks, LLC |
| 8. | LIVE PD – Season 2 Episode 64 "10.07.17" | PA 2-361-733 | A&E Television Networks, LLC |
| 9. | LIVE PD – Season 2 Episode 65 "10.13.17" | PA 2-361-740 | A&E Television Networks, LLC |
| 10. | LIVE PD – Season 2 Episode 141 "08.18.18" | PA 2-361-743 | A&E Television Networks, LLC |
| 11. | LIVE PD – Season 2 Episode 142 "08.24.18" | PA 2-361-737 | A&E Television Networks, LLC |
| 12. | LIVE PD – Season 2 Episode 143 "08.25.18" | PA 2-361-738 | A&E Television Networks, LLC |
| 13. | LIVE PD – Season 3 Episode 144 "09.21.18" | PA 2-361-739 | A&E Television Networks, LLC |
| 14. | LIVE PD – Season 3 Episode 145 "09.22.18" | PA 2-361-722 | A&E Television Networks, LLC |
| 15. | LIVE PD – Season 3 Episode 146 "09.28.18" | PA 2-361-742 | A&E Television Networks, LLC |
| 16. | LIVE PD – Season 3 Episode 231 "08.17.19" | PA 2-361-718 | A&E Television Networks, LLC |
| 17. | LIVE PD – Season 3 Episode 232 "08.23.19" | PA 2-361-729 | A&E Television Networks, LLC |
| 18. | LIVE PD – Season 3 Episode 233 "08.24.19" | PA 2-361-724 | A&E Television Networks, LLC |
| 19. | LIVE PD – Season 4 Episode 234 "09.20.19" | PA 2-361-754 | A&E Television Networks, LLC |
| 20. | LIVE PD – Season 4 Episode 235 "09.21.19" | PA 2-361-753 | A&E Television Networks, LLC |
| 21. | LIVE PD – Season 4 Episode 236 "09.27.19" | PA 2-361-800 | A&E Television Networks, LLC |
| 22. | LIVE PD – Season 4 Episode 296 "05.16.20" | PA 2-361-744 | A&E Television Networks, LLC |
| 23. | LIVE PD – Season 4 Episode 297 "05.22.20" | PA 2-361-750 | A&E Television Networks, LLC |
| 24. | LIVE PD – Season 4 Episode 298 "05.23.20" | PA 2-361-752 | A&E Television Networks, LLC |