# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**David L. Yohai**
+1 (212) 310-8275
david.yohai@weil.com

September 1, 2022

**BY ECF AND EMAIL**

**MEMO ENDORSED**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re: *A&E Television Networks, LLC v. Big Fish Entertainment, LLC et al.*, 22-cv-07411 (S.D.N.Y.)

Dear Judge Failla:

      We write on behalf of plaintiff A&E Television Networks, LLC ("AETN") in the above matter. On August 30, 2022, AETN filed its complaint against Defendants Big Fish Entertainment, LLC, Half Moon Pictures, LLC, and ReelzChannel, LLC (collectively, "Defendants") alleging, *inter alia*, that AETN's copyrights and trademarks in connection with its television series *Live PD* have been infringed by Defendants' television series *On Patrol: Live*. *See* ECF No. 1.

      As referenced in the Complaint (*see* ¶¶ 19, 55, 58), we respectfully seek leave to lodge with the Clerk of Court four flash drives containing true and correct digital copies of representative episodes of AETN's television series *Live PD* (for which AETN has registered the copyrights), and one flash drive containing true and correct copies of episodes two and three of Defendants' television series *On Patrol Live*, as Exhibits C and D, respectively, to the Complaint.

      Given the file sizes, we determined that uploading the episodes to flash drives, rather than DVDs, was the most feasible method to lodge the exhibits with the Court. Should the Court grant this request to lodge, we will serve copies of Exhibits C and D on each of the Defendants via FedEx.

      Thank you for your attention to this request.

**Weil, Gotshal & Manges LLP**

September 1, 2022
Page 2

                          Respectfully submitted,

                          *David L. Yohai*

```
Application GRANTED.  Plaintiff is directed to mail the flash drives
directly to Chambers.

The Clerk of Court is directed to terminate the motion at docket entry
16.



Dated:   September 1, 2022          SO ORDERED.
         New York, New York
```

![signature: Katherine Polk Failla]

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE