UNITED STATES DISTRICT COURT
SOUTHERN OF NEW YORK

---

A&E TELEVISION NETWORKS, LLC,

                                   Plaintiff,                    Civil Action No.: 1:22-cv-07411-KPF

                    -against-                            AFFIDAVIT OF SERVICE

BIG FISH ENTERTAINMENT LLC, ET AL.,

                                Defendants.

---

COUNTY OF ALBANY SS:
STATE OF NEW YORK

Jeffrey Teitel being duly sworn, deposes and says that he is over the age of eighteen years, is not a party to this action and is acting as agent of **METRO ATTORNEY SERVICE INC.**

That on the 1st day of September, 2022 at approximately the time of 11:30 AM at the office of the Secretary of State, of the State of New York, in the City of Albany, New York, deponent personally served the Summons in a Civil Action, Civil Cover Sheet, Complaint, Rule 7.1 Corporate Disclosure Statement, Report on the Filing or Determination of Action or Appeal Regarding a Copyright, Notices of Appearance, Individual Practices in Civil Cases Robert W. Lehburger, United Sates Magistrate Judge and Individual Rules of Practice in Civil Cases Katherine Polk Failla, United States District Judge on **BIG FISH ENTERTAINMENT LLC** by delivering and leaving with Colleen Banahan, an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars.  That said service was made pursuant to section 303 of the Limited Liability Company Law.

Deponent further states that he knew the person so served as aforesaid to be the individual on the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of the said defendant.

Colleen Banahan is a white female, approximately 40 years of age, stands 5 feet 7 inches tall, weight approximately 225 pounds with brown hair.

Sworn to before me this 1st day of
September, 2022

_Ann M. Malone_                                         _Jeffrey Teitel_
Ann M. Malone
Notary Public, State of New York
Qualified in Albany County
No. 01MA6410748
Commission Expires November 02, 2024