UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

A&E TELEVISION NETWORKS, LLC,

        Plaintiff(s),                                   Case No. 1:22-cv-07411

  -against-                                           AFFIDAVIT OF SERVICE

BIG FISH ENTERTAINMENT, LLC, HALF MOON
PICTURES, LLC, and REELZCHANNEL, LLC,

        Defendant(s).
-----------------------------------------------------------------X
STATE OF NEW JERSEY)
                      S.S.:
COUNTY OF MERCER  )

        LINDA SHARKEY, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 1st day of September, 2022, at approximately 2:26 PM, deponent served a true copy of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Report on the Filing or Determination of an Action or Appeal Regarding a Copyright, Individual Practices of Magistrate Judge Robert W. Lehrburger, Individual Practices of Judge Katherine Polk Failla and Notice of Appearances (Fredrick T. Rhine, David E. Yolkut, Randi W. Singer and Benjamin E. Marks) upon Half Moon Pictures LLC c/o CT Corporation System at 820 Bear Tavern Road, Suite 305, West Trenton, New Jersey, by personally delivering and leaving the same with Alexis Rhodes, Intake Specialist, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Alexis Rhodes is a black female, approximately 25 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 125 pounds with black hair and brown eyes.

_____
LINDA SHARKEY

Sworn to before me this
2nd day of September, 2022

_____
NOTARY PUBLIC

DEBBIE DECARLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 12, 2026
ID# 2407317