UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
A&E TELEVISION NETWORKS, LLC,

        Plaintiff(s),

   -against-

BIG FISH ENTERTAINMENT, LLC, HALF MOON
PICTURES, LLC, and REELZCHANNEL, LLC,

        Defendant(s).
------------------------------------------------------------X

Case No. 1:22-cv-07411

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA  )
                         S.S.:
COUNTY OF LOS ANGELES)

    CARLOS CANAS, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

    That on the 1st day of September, 2022, at approximately 1:00 PM, deponent served a true copy of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Report on the Filing or Determination of an Action or Appeal Regarding a Copyright, Individual Practices of Magistrate Judge Robert W. Lehrburger, Individual Practices of Judge Katherine Polk Failla and Notice of Appearances (Fredrick T. Rhine, David E. Yolkut, Randi W. Singer and Benjamin E. Marks) upon Half Moon Pictures LLC at 245 N. Beverly Drive, Los Angeles, California, by personally delivering and leaving the same with Ryan Myett, VP of Security, who informed deponent that he is an agent authorized by appointment to receive service at that address.

    Ryan Myett is a white male, approximately 45 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 200 pounds with black hair.

_/s/ Carlos Canas_
CARLOS CANAS #4571

Sworn to before me this
2nd day of September, 2022

_/s/_
NOTARY PUBLIC

D. Azmi
COMM# 2376426
NOTARY PUBLIC—CALIFORNIA
Riverside County
MY COMM EXPIRES 9/25/2025

Metro Attorney Service Inc. 305 Broadway 7th Floor New York New York 10007 212.822.1421 NYC DCA# 1320502