UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
A&E TELEVISION NETWORKS, LLC,

        Plaintiff(s),

    -against-

BIG FISH ENTERTAINMENT, LLC, HALF MOON
PICTURES, LLC, and REELZCHANNEL, LLC,

        Defendant(s).
-----------------------------------------------------------------X

Case No. 1:22-cv-07411

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                    S.S.
COUNTY OF ALBANY )

        JEFFREY TEITEL, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 1st day of September, 2022, at approximately 11:00 AM, deponent served a true copy of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Report on the Filing or Determination of an Action or Appeal Regarding a Copyright, Individual Practices of Magistrate Judge Robert W. Lehrburger, Individual Practices of Judge Katherine Polk Failla and Notice of Appearances (Fredrick T. Rhine, David E. Yolkut, Randi W. Singer and Benjamin E. Marks) upon REELZCHANNEL, LLC c/o Corporation Service Company at 80 State Street Albany, New York, by personally delivering and leaving the same with Kathy Krieger Jewell, Clerk, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Kathy Krieger Jewell is a white female, approximately 65 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 145 pounds with black/gray hair.

_____
JEFFREY TEITEL

Sworn to before me this
6th day of September, 2022

_____
NOTARY PUBLIC

ANN M MALONE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MA6410748
Qualified in Albany County
Commission Expires November 02, 2024