UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A&E TELEVISION NETWORKS, LLC,<br><br>                               Plaintiff,<br><br>- against -<br><br>BIG FISH ENTERTAINMENT, LLC, HALF MOON PICTURES, LLC, and REELZCHANNEL, LLC,<br><br>                               Defendants. | Case No. 22 Civ. 7411 (KPF) |

**PLAINTIFF A&E TELEVISION NETWORKS, LLC'S NOTICE OF COMPLIANCE WITH INITIAL PRE-TRIAL CONFERENCE ORDER**

1.      On September 15, 2022, the Court entered the *Notice of Initial Pre-Trial Conference* (ECF No. 22) (the "Order") in the above action, directing counsel for Plaintiff A&E Television Networks, LLC ("AETN") to serve a copy of the Order and the Court's Individual Rules of Practice on all other parties' attorneys in this action.

2.      Pursuant to the Order, this Notice is to advise the Court that on September 15, 2022, counsel for AETN complied with the Order by serving a copy of the Order and the Court's Individual Rules of Practice on defense counsel, who accepted service on behalf of all three defendants.

Dated:  September 16, 2022

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By:  /s/ *David L. Yohai*
         David L. Yohai

David L. Yohai
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: david.yohai@weil.com