UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
A&E TELEVISION NETWORKS, LLC,                 :
:
       Plaintiff,                              :
:
       v.                                      :    Civil Action No. 1:22-cv-07411
:
BIG FISH ENTERTAINMENT, LLC,                  :
HALF MOON PICTURES, LLC, and                  :
REELZCHANNEL, LLC,                            :
:
       Defendants.                             :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Orin Snyder of Gibson, Dunn & Crutcher LLP respectfully enters his appearance as counsel for Defendants Big Fish Entertainment LLC, Half Moon Pictures LLC, and ReelzChannel, LLC in the above-captioned proceeding, and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating thereto. The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
       September 19, 2022                  GIBSON, DUNN & CRUTCHER LLP

                                                                  By: */s/ Orin Snyder*
                                                                        Orin Snyder

                                                  GIBSON, DUNN & CRUTCHER LLP
                                                  200 Park Avenue
                                                  New York, NY 10166-0193
                                                  Tel: (212) 351-2400
                                                  Fax: (212) 351-6335
                                                  OSnyder@gibsondunn.com

                                                  *Counsel for Defendants*