UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――x
:
A&E TELEVISION NETWORKS, LLC,                      :
:
       Plaintiff,                                   :
:
   v.                                                 :   Civil Action No. 1:22-cv-07411
:
BIG FISH ENTERTAINMENT, LLC,                       :
HALF MOON PICTURES, LLC, and                       :
REELZCHANNEL, LLC,                                 :
:
       Defendants.                                 :
―――――――――――――――――――――――――――――x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ilissa Samplin of Gibson, Dunn & Crutcher LLP respectfully enters her appearance as counsel for Defendants Big Fish Entertainment LLC, Half Moon Pictures LLC, and ReelzChannel, LLC in the above-captioned proceeding, and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating thereto. The undersigned certifies that she is admitted to practice in this Court.

Dated: Los Angeles, CA
      September 19, 2022                  GIBSON, DUNN & CRUTCHER LLP

                                                        By: */s/ Ilissa Samplin*
                                                            Ilissa Samplin

                                            GIBSON, DUNN & CRUTCHER LLP
                                            333 South Grand Avenue
                                            Los Angeles, CA 90071-3197
                                            Tel: (213) 229-7354
                                            Fax: (213) 229-6354
                                            ISamplin@gibsondunn.com

                                            *Counsel for Defendants*