UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
A&E TELEVISION NETWORKS, LLC,                                  :
                                                               :
            Plaintiff,                               :
                                                               :
            v.                                      : Civil Action No. 1:22-cv-07411
                                                               :
BIG FISH ENTERTAINMENT, LLC,                                   :
HALF MOON PICTURES, LLC, and                                   :
REELZCHANNEL, LLC,                                             :
                                                               :
            Defendants.                              :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexandra Perloff-Giles of Gibson, Dunn & Crutcher LLP respectfully enters her appearance as counsel for Defendants Big Fish Entertainment LLC, Half Moon Pictures LLC, and ReelzChannel, LLC in the above-captioned proceeding, and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating thereto.  The undersigned certifies that she is admitted to practice in this Court.

Dated: New York, New York
      September 19, 2022

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Alexandra Perloff-Giles*
    Alexandra Perloff-Giles

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-6307
Fax: (212) 716-0807
APerloff-Giles@gibsondunn.com

*Counsel for Defendants*