UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――― x
:
A&E TELEVISION NETWORKS, LLC, :
:
      Plaintiff, :
:
      v. : Civil Action No. 1:22-cv-07411
:
BIG FISH ENTERTAINMENT, LLC, :
HALF MOON PICTURES, LLC, and :
REELZCHANNEL, LLC, :
:
      Defendants. :
―――――――――――――――――――――――――――――― x

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David M. Kusnetz of Gibson, Dunn & Crutcher LLP respectfully enters his appearance as counsel for Defendants Big Fish Entertainment LLC, Half Moon Pictures LLC, and ReelzChannel, LLC in the above-captioned proceeding, and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating thereto. The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
      September 19, 2022

                                      By: */s/ David M. Kusnetz*
                                            David M. Kusnetz

                                      GIBSON, DUNN & CRUTCHER LLP
                                      200 Park Avenue
                                      New York, NY 10166-0193
                                      Tel: (212) 351-2657
                                      Fax: (212) 351-5247
                                      DKusnetz@gibsondunn.com

                                      *Counsel for Defendants*