UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
A&E TELEVISION NETWORKS, LLC,                   :
:
               Plaintiff,                                :
:
               v.                                       :    Civil Action No. 1:22-cv-07411
:
BIG FISH ENTERTAINMENT, LLC,                    :
HALF MOON PICTURES, LLC, and                    :
REELZCHANNEL, LLC,                              :
:
               Defendants.                              :
---------------------------------------------------------------x

# RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies as follows:

Defendants Big Fish Entertainment LLC and Half Moon Pictures LLC are wholly owned direct subsidiaries of BFE Media Holdings LLC, which is an indirect, wholly owned subsidiary of MGM Holdings Inc., which is a wholly owned direct subsidiary of Amazon.com, Inc. ("Amazon"). Amazon is a publicly traded corporation. No publicly traded company is known to own 10% or more of Amazon.

Defendant ReelzChannel, LLC is owned by Hubbard Media Group, LLC, which is a subsidiary of Hubbard Broadcasting, Inc. ReelzChannel, LLC has no publicly held corporate parents, affiliates, and/or subsidiaries, nor does any publicly held corporation own more than 10% of its stock.

Dated: New York, New York
        September 19, 2022

By: */s/ Orin Snyder*
 Orin Snyder

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-2400
Fax: (212) 351-6335
OSnyder@gibsondunn.com

*Counsel for Defendants*