# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Orin Snyder
Direct: +1 212.351.2400
Fax: +1 212.351.6335
OSnyder@gibsondunn.com

September 19, 2022

VIA ECF

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re:     *A&E Television Networks v. Big Fish Entertainment et al.*, Case No. 22-cv-07411

Dear Judge Failla:

We represent Defendants Big Fish Entertainment LLC, Half Moon Pictures LLC, and ReelzChannel, LLC ("Defendants") in the above-captioned matter. Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, Defendants hereby submit this letter to request a 30-day extension of time to answer, move, or otherwise respond to Plaintiff A&E Television Networks, LLC's Complaint, until October 24, 2022.

Plaintiff filed the Complaint on August 30, 2022 and served Defendants on September 1, 2022, making the deadline to respond September 22, 2022. *See* ECF Nos. 1, 18–21.

No prior extensions of time to respond have been requested, and the extension will not affect any other deadlines in this case, as none have yet been established. Plaintiff's counsel consents to our request for this extension to and including October 24, 2022.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Orin Snyder*

cc: All counsel of record (via ECF)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.