UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
A&E TELEVISION NETWORKS, LLC,　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff,　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　Civil Action No. 1:22-cv-07411
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
BIG FISH ENTERTAINMENT, LLC,　　　　　　　:　　**NOTICE OF MOTION FOR**
HALF MOON PICTURES, LLC, and　　　　　　　:　　**ADMISSION *PRO HAC VICE***
REELZCHANNEL, LLC,　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants.　　　　　　　　　　　　　　　　　　　　　　　:
———————————————————————— x

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Jay P. Srinivasan hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants Big Fish Entertainment LLC, Half Moon Pictures LLC, and ReelzChannel, LLC in the above-captioned action.

　　　　I am a member in good standing of the Bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: Los Angeles, CA　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　September 19, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Jay P. Srinivasan*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jay P. Srinivasan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　333 South Grand Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071-3197
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (213) 229-7296
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (213) 229-6296
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JSrinivasan@gibsondunn.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*