UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
A&E TELEVISION NETWORKS, LLC,              :
:          Civil Action No. 1:22-cv-07411
Plaintiff,           :
:
v.                                         :          **AFFIDAVIT OF JAY P.**
:          **SRINIVASAN IN SUPPORT OF**
BIG FISH ENTERTAINMENT, LLC,               :          **MOTION TO ADMIT COUNSEL**
HALF MOON PICTURES, LLC, and               :          ***PRO HAC VICE***
REELZCHANNEL, LLC,                         :
:
Defendants.          :
---------------------------------------------------------------x

LOS ANGELES, CA            ) ss:

I, Jay P. Srinivasan, being duly sworn, deposes and says:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing attached as Exhibit A, I am a member in good standing of the Bar of the State of California (SB No. 181471).

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this case for Defendants Big Fish Entertainment LLC, Half Moon Pictures LLC, and ReelzChannel, LLC.

Dated: Los Angeles, CA
September 19, 2022

Respectfully submitted,

By: _____
Jay P. Srinivasan

Sworn to before me this 19th day
of September 2022

_____
Notary Public

DONA L. BERGSTROM
Notary Public - California
Los Angeles County
Commission # 2281963
My Comm. Expires Apr 17, 2023