UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x
                                                              :

A&E TELEVISION NETWORKS, LLC,       :

               Plaintiff,          :

               v.                  :        Civil Action No. 1:22-cv-07411

                                    :

BIG FISH ENTERTAINMENT, LLC,      :        **ORDER FOR ADMISSION**
HALF MOON PICTURES, LLC, and     :        ***PRO HAC VICE***
REELZCHANNEL, LLC,             :

                                    :

              Defendants.        :
_____x

     The motion of Jay P. Srinivasan for admission to practice *pro hac vice* in the above-captioned action is granted.

     Applicant has declared that he is a member in good standing of the Bar of the State of California, and that his contact information is as follows:

     Applicant's Name: Jay P. Srinivasan

     Firm Name: Gibson, Dunn & Crutcher LLP

     Address: 333 South Grand Avenue

     City / State / Zip: Los Angeles, CA 90071-3197

     Telephone: (213) 229-7296

     Fax: (213) 229-6296

     Email: JSrinivasan@gibsondunn.com

     Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Big Fish Entertainment LLC, Half Moon Pictures LLC, and ReelzChannel, LLC in the above-titled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____              _____

                                    **HON. KATHERINE POLK FAILLA**
                                    **UNITED STATES DISTRICT JUDGE**