UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x
:
A&E TELEVISION NETWORKS, LLC,                  :
:
               Plaintiff,                    :
:
               v.                            :      Civil Action No. 1:22-cv-07411
:
BIG FISH ENTERTAINMENT, LLC,                   :      **ORDER FOR ADMISSION**
HALF MOON PICTURES, LLC, and                   :      ***PRO HAC VICE***
REELZCHANNEL, LLC,                             :
:
             Defendants.                    :
———————————————————————x

       The motion of Jay P. Srinivasan for admission to practice *pro hac vice* in the above-captioned action is granted.

       Applicant has declared that he is a member in good standing of the Bar of the State of California, and that his contact information is as follows:

       Applicant's Name: Jay P. Srinivasan

       Firm Name: Gibson, Dunn & Crutcher LLP

       Address: 333 South Grand Avenue

       City / State / Zip: Los Angeles, CA 90071-3197

       Telephone: (213) 229-7296

       Fax: (213) 229-6296

       Email: JSrinivasan@gibsondunn.com

       Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Big Fish Entertainment LLC, Half Moon Pictures LLC, and ReelzChannel, LLC in the above-titled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 22, 2022
       New York, New York

_____
**HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE**