UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――― x
                                                     :

A&E TELEVISION NETWORKS, LLC,          :

             Plaintiff,                 :

          v.                          :   Civil Action No. 1:22-cv-07411

BIG FISH ENTERTAINMENT, LLC,         :
HALF MOON PICTURES, LLC, and         :
REELZCHANNEL, LLC,                          :

           Defendants.                :
―――――――――――――――――――――――――――― x

## **NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

PLEASE TAKE NOTICE that, upon the filing of the accompanying memorandum of law, Defendants Big Fish Entertainment LLC, Half Moon Pictures LLC, and REELZChannel, LLC (together, "Defendants") will move, by the undersigned counsel, before the Honorable Katherine Polk Failla, United States District Judge at the Thurgood Marshall United State Courthouse, 40 Foley Square, Courtroom 618, New York, NY 10007, on such date and time to be set by the Court, for an order dismissing all claims against them under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that Defendants respectfully request oral argument in connection with this motion to dismiss.

Dated: December 9, 2022    Respectfully submitted,
       New York, NY

GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Orin Snyder*
     Orin Snyder
     Alexandra Perloff-Giles
     OSnyder@gibsondunn.com
     APerloff-Giles@gibsondunn.com
     200 Park Avenue
     New York, NY 10166-0193
     Tel.: (212) 351-4000

     Jay P. Srinivasan
     Ilissa Samplin
     333 South Grand Avenue
     Los Angeles, CA 90071-3197
     Tel.: (213) 229-7354
     JSrinivasan@gibsondunn.com
     ISamplin@gibsondunn.com

*Counsel for Defendants*