UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
A&E TELEVISION NETWORKS, LLC,          :
:
        Plaintiff,          :
:
    v.          :  Civil Action No. 1:22-cv-07411
:
BIG FISH ENTERTAINMENT, LLC,          :
HALF MOON PICTURES, LLC, and          :
REELZCHANNEL, LLC,          :
:
        Defendants.          :
---------------------------------------------------------------x

**DECLARATION OF ORIN SNYDER IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE COMPLAINT**

I, Orin Snyder, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and am admitted to practice law in the State of New York and the Southern District of New York. I represent Defendants Big Fish Entertainment LLC, Half Moon Pictures LLC, and REELZChannel, LLC (collectively, "Defendants") in this action.

2. Attached hereto as **Exhibit 1** is a true and correct copy of relevant portions of the Series Agreement between Big Fish Entertainment LLC, and A&E Television Networks, dated July 29, 2016.[1]

3. Attached hereto as **Exhibit 2** is a true and correct copy of a letter sent by A&E Television Networks, LLC to REELZChannel, LLC, dated June 7, 2022.

---

[1] If the Court wishes to review the entire Series Agreement, Defendant Big Fish Entertainment would be happy to file it under seal.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a letter sent by A&E Television Networks, LLC to REELZChannel, LLC, dated July 20, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 9, 2022

New York, New York.

/s/ *Orin Snyder*
Orin Snyder