# Exhibit 2

# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**David L. Yohai**
+1 (212) 310-8275
david.yohai@weil.com

June 7, 2022

**VIA EMAIL & FEDERAL EXPRESS**

Reelz
c/o Jim Barnum, Esq.
3415 University Avenue
St. Paul, MN 55114
jbarnum@hbi.com

Reelz
Legal Department
1776 Montaño Rd NW
Albuquerque, NM 87107
copyright@reelz.com

**Re: Live PD/A&E Television Networks, LLC**

Dear Mr. Barnum:

  This firm represents A&E Television Networks, LLC ("AETN"). It has come to our attention that Reelz network ("Reelz") has made representations to one or more advertisers and media industry personnel concerning the airing on your network of a proposed television show using the name "PD Live." We are writing to advise you that such actions would infringe on the name and series Live PD, and its derivative works (collectively "Live PD"), a series owned by AETN that previously aired on AETN's A&E® network, portions of which still are available on A&E's YouTube channel. Indeed, it appears that Reelz is seeking to bring back the same show, with a virtually identically name, on a new network.

  AETN owns the US Trademark Registration for various trademarks related to AETN's Live PD franchise (including without limitation, Reg. Nos. 5,478,306 for Live PD, as well as 6,172,365 for Live PD Presents: PD CAM), as well as various pending and allowed trademark applications (for Live PD and Live PD: Wanted), and has used the Live PD mark since 2016 in connection with entertainment services, including a multimedia television series. Moreover, AETN is the sole owner of any and all rights in the Live PD series, including without limitation all trademarks in the title and copyrights in the series content.

  You should be aware that Live PD, and all elements therein, is a work made for hire, produced by Big Fish Entertainment, LLC, for AETN, and AETN accordingly owns the relevant marks and

June 7, 2022
Page 2

intellectual property for the series.  Airing the proposed show particularly with a title such as "PD Live" – an almost identical name – without obtaining the appropriate rights from AETN, would constitute trademark infringement, false advertising and unfair competition under 15 of the United States Code, section 1125(a) et seq., among other violations.  Utilizing similar features of Live PD – such as the same host and/or other design elements – would only further exacerbate these violations.

Given the above, we must request that you cease and desist from continuing to pursue airing or otherwise distributing such a show, in any format or media, with the name "PD Live" or any other name confusingly similar to AETN's Live PD series title and trademarks, and/or containing elements of AETN's copyrightable content.  Indeed, doing so would be confusing in the marketplace and constitute an infringement of AETN's trademark and intellectual property rights.

AETN of course reserves all of its rights and will do whatever is necessary to protect its marks and other intellectual property rights.  I am also available to discuss if you feel that would be constructive.

Very truly yours,

*David L. Yohai*

cc:  Big Fish Entertainment, LLC
c/o Ethan Cohan, Esq.
Del Shaw Moonves Tanaka Finkelstein Lezcano Bobb & Dang
2029 Century Park East
Suite 1750
Los Angeles, CA 90067
ecohan@dsmtfl.com

Ryan Vandewiele, Esq.
Hubbard Broadcasting, Inc.
3415 University Avenue
St. Paul, MN 55114
rvandewiele@hbi.com

Henry Hoberman, Chief Legal Officer, AETN
Randi Singer, Esq. (Weil)