# Exhibit 3

# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**David L. Yohai**
+1 (212) 310-8275
david.yohai@weil.com

July 20, 2022

**VIA EMAIL**

Reelz
c/o Lawrence M. Gordon
Law Office of Lawrence M. Gordon PLLC
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
lgordon@gordonlawdc.com

Big Fish Entertainment, LLC and Half Moon Pictures, LLC
c/o Ethan Cohan, Esq.
Del Shaw Moonves Tanaka Finkelstein Lezcano Bobb & Dang
2029 Century Park East, Suite 1750
Los Angeles, CA 90067
cohan@dsmtfl.com

**Re: Live PD/A&E Television Networks, LLC**

Dear Messrs. Gordon and Cohan:

    I write to follow-up on my June 2022 letter concerning the impending airing on Reelz of a television show that is virtually indistinguishable from Live PD.[1] As you know from that letter, my client A&E Television Networks, LLC ("AETN") is the sole owner of any and all rights in the Live PD series, including without limitation all copyrights in the series content and applicable related trademarks.

    Several articles in the press—including The Wall Street Journal—have confirmed and heightened my client's concerns that Reelz is attempting to "bring[] back" Live PD.[2] The Wall Street Journal's headline read: "Live PD is coming back this summer as "On Patrol Live"[3] As several other articles detailed, Reelz is "reviving" Live PD.[4] Still others described Live PD as making a "return" on

---

[1] All capitalized terms have the meaning ascribed to them in my June letter.
[2] *See* Joe Flint, *'Live PD' Is Coming Back on TV This Summer as 'On Patrol: Live'*, WALL ST. J., June 8, 2022, https://www.wsj.com/articles/live-pd-is-coming-back-on-tv-this-summer-as-on-patrol-live-11654691401.
[3] *Id.*
[4] *See, e.g.*, Michael Schneider, *'Live PD' To Be Revived on Reelz This Summer as 'On Patrol: Live,' Hosted by Dan Abrams*, VARIETY, June 8, 2022, https://variety.com/2022/tv/news/live-pd-return-reelz-dan-abrams-1235288210/; Alex Weprin, *'Live PD Revived at Reelz, Producer Dan Abrams Says 'Environment Has Changed' Since 2020 Cancellation*, THE HOLLYWOOD REPORTER, June 8, 2022, https://www.hollywoodreporter.com/tv/tv-news/live-pd-revived-reelz-on-patrol-live-1235161208/.

July 20, 2022  **Weil, Gotshal & Manges LLP**
Page 2

Reelz.[5]  This carefully coordinated press campaign further confirmed, as we suspected, that Reelz will indeed be bringing back Dan Abrams and Sean "Sticks" Larkin as co-hosts, John Zito as executive producer, along with other features of Live PD.[6]  And Mr. Abrams himself removed all doubt when he acknowledged in the press[7] and repeatedly stated on social media that "***[t]he show will be back*** on Friday and Saturday nights sometime later this summer!"[8]  According to one recent article, Mr. Abrams has been planning for "[t]he *Live PD* team … coming back to TV" ever "since the date it was canceled."[9]  While we are mindful that the name of the show has evolved to "On Patrol: Live,"[10] this is transparent window dressing at best; as if to prove the point, Mr. Abrams thanked the ***#livepdnation*** "for its patience."[11]  Just this week, in fact, Mr. Abrams noted that it's "[h]ard to be believe ***we are almost back***!!"[12]

In light of the above, we remind you again of AETN's copyrights, trademarks and other intellectual property rights in the Live PD franchise, and reiterate that we will not hesitate to protect those rights should Reelz air or otherwise distribute a show that is virtually identical to Live PD.  Moreover, we demand that all parties cease and desist from referring to Reelz "bringing back the show" or other similar comments intended to suggest that Reelz is going to be airing Live PD or "the show" whose intellectual property is owned by AETN.  AETN reserves all rights and waives none.

I remain available to discuss this matter with you.

Very truly yours,

*David L. Yohai*

cc:  Henry Hoberman, Chief Legal Officer, AETN

---

[5] *See, e.g.*, Denise Petski, *'Live PD' to Return as 'On Patrol: Live' On Reelz*, Deadline, June 8, 2022, https://deadline.com/2022/06/live-pd-return-on-patrol-live-reelz-dan-abrams-1235040651/; Greta Bjornson, *'Live PD' to Return on Reelz, Will Be Renamed 'On Patrol: Live'*, Decider, June 9, 2022, https://decider.com/2022/06/09/live-pd-returning-renamed-on-patrol-live/.

[6] Flint, *supra* note 2; *see also* Kristen Baldwin, *Dan Abrams Teases On Patrol: Live, Talks Tape Retention Policy: 'We're Going To Make More Exceptions,'* EW.COM, July 18, 2022, https://ew.com/tv/on-patrol-live-dan-abrams-interview-live-pd/.

[7] *See* Schneider, *supra* note 4; Weprin, *supra* note 4.

[8] *See* Dan Abrams (@danabrams), Twitter (June 8, 2022, 8:51 AM), https://twitter.com/danabrams/status/1534518543168987136 (emphasis added).

[9] *See* Baldwin, *supra* n. 6.  Indeed, as early as January of 2021, Mr. Abrams told "all of those in the #livepdnation asking" that "the answer is yes…I am confident that #LivePD will be back in 2021. More to come…"  *See* Dan Abrams (@danabrams), Twitter (Jan. 1, 2021, 10:30 AM), https://twitter.com/danabrams/status/1345029565362659331.

[10] *See* Dan Abrams (@danabrams), Twitter (June 8, 2022, 8:51 AM), https://twitter.com/danabrams/status/1534518543168987136 (emphasis added).

[11] *See* Dan Abrams (@danabrams), Twitter (June 8, 2022, 9:00 AM), https://twitter.com/danabrams/status/1534520779253207040.

[12] *See* Dan Abrams (@danabrams), Twitter (July 18, 2022, 8:49 AM), https://twitter.com/danabrams/status/1549013399249555457.