GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

December 9, 2022

VIA ECF

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re: *A&E Television Networks, LLC v. Big Fish Entertainment,* LLC, Case No. 22-cv-07411 – Request for Oral Argument

Dear Judge Failla:

Pursuant to the Individual Rules of Practice in Civil Cases, Rule 4(E), Defendants Big Fish Entertainment LLC, Half Moon Pictures LLC, and REELZChannel, LLC, by and through their undersigned counsel, respectfully request oral argument on their motion to dismiss filed on December 9, 2022, at a date and time to be determined by the Court.

Respectfully submitted,


*/s/ Orin Snyder*
Orin Snyder
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000
OSnyder@gibsondunn.com

*Counsel for Defendants*


CC via ECF: All Counsel of Record