UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A&E TELEVISION NETWORKS, LLC, | |
| Plaintiff, | Case No. 1:22-cv-07411 |
| v. | Hon. Katherine P. Failla |
| BIG FISH ENTERTAINMENT, LLC, HALF MOON PICTURES, LLC, and REELZCHANNEL, LLC | |
| Defendants. | |

**DECLARATION OF FREDRICK T. RHINE
IN SUPPORT OF PLAINTIFF'S OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to 28 U.S.C. § 1746, I, Fredrick T. Rhine, hereby declare under penalty of perjury as follows:

I am an associate at the law firm of Weil, Gotshal & Manges LLP, representing Plaintiff A&E Television Networks, LLC ("AETN") in the above-captioned litigation. I submit this Declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss the Complaint. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

1. Attached hereto as Exhibit A is a video compilation of true and correct excerpts from episodes 62, 142-46, 233-36, and 298 of *Live PD*; and true and correct excerpts from episodes two and three of *On Patrol: Live*. All episodes of *Live PD* and *On Patrol: Live* from which the excerpts are drawn were attached to the Complaint in Exhibits C and D (ECF

Nos. 1-3 and 1-4), and were lodged with the Court on flash drives pursuant to Court order (ECF No. 17). For the Court's convenience, Exhibit A hereto is provided in flash drive format.

        2.      Attached hereto as Exhibit B is a video compilation of true and correct excerpts from episode 143 of *Live PD* and from television shows cited by Defendants in their Motion to Dismiss (*see* ECF No. 38 at 6 and n.3): *The Shift*, *Speeders*, *Party Heat*, *Police Videos*, *First Responders Live*, *Border Live*, *Cops*, *Bait Car*, and *Disorderly Conduct: Video on Patrol*. For the Court's convenience, Exhibit B hereto is provided in flash drive format.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2023                        */s/ Fredrick T. Rhine*
                                                  Fredrick T. Rhine
                                                  WEIL, GOTSHAL & MANGES LLP
                                                  767 Fifth Avenue
                                                  New York, NY 10153
                                                  Telephone: (212) 310-8000
                                                  Facsimile: (212) 310-8007
                                                  Fredrick.Rhine@weil.com