# EXHIBIT A

True and correct excerpts from episodes 62, 142-46, 233-36, and 298 of *Live PD*; and from episodes two and three of *On Patrol: Live* on a flash drive (to be lodged with the Court).