# EXHIBIT B

True and correct excerpts from *Live PD* and television shows cited by Defendants in their Motion to Dismiss (ECF No. 38 at 6 and n.3): *The Shift, Speeders, Party Heat, Police Videos, First Responders Live, Border Live, Cops, Bait Car,* and *Disorderly Conduct: Video on Patrol* on a flash drive (to be lodged with the Court).