**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Fredrick T. Rhine**
+1 (212) 310-8706
Fredrick.Rhine@weil.com

January 20, 2023

**BY ECF AND EMAIL**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

**Re:** *A&E Television Networks, LLC v. Big Fish Entertainment, LLC et al.*, 22-cv-07411 (S.D.N.Y.)

Dear Judge Failla:

    We write on behalf of Plaintiff A&E Television Networks, LLC ("AETN") in the above matter.

    As referenced in AETN's Opposition to Defendants' Motion to Dismiss the Complaint and the Declaration of Fredrick T. Rhine in support thereof (the "Rhine Declaration"), filed today, and in accordance with instructions received from Your Honor's clerk, enclosed with this letter are flash drives containing: (A) Exhibit A to the Rhine Declaration, containing true and correct excerpts from full episodes of *Live PD* and *On Patrol: Live* that were attached to the Complaint in Exhibits C and D (ECF Nos. 1-3 and 1-4); and (B) Exhibit B to the Rhine Declaration, containing true and correct excerpts from *Live PD* and television shows cited by Defendants in their Motion to Dismiss (*see* ECF No. 38 at 6 and n.3).

    AETN will also serve copies of Exhibits A and B on each of the Defendants via FedEx.

    Thank you for your consideration.

Respectfully submitted,

*/s/Fredrick T. Rhine*

Cc: All counsel of record via ECF and FedEx