July 21, 2023

**SUBMITTED VIA ECF AND EMAIL**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re: *A&E Television Networks, LLC v. Big Fish Entertainment, LLC et al.,* 22-cv-07411-KPF

Dear Judge Failla:

      Pursuant to the Court's Order dated June 16, 2023, ECF No. 48, the parties respectfully submit this joint status letter. The parties are also concurrently filing an Amended Proposed Civil Case Management Plan and Scheduling Order (the "Case Management Plan"). With respect to the information requested by the Court in its form Order, the parties advise the Court as follows.

      **A.**      **Existing Deadlines**

There are no existing deadlines in the case.

      **B.**      **Outstanding Motions**

There are currently no outstanding motions.

      **C.**      **Discovery**

The parties have agreed on a schedule for fact and expert discovery.

      **D.**      **Settlement Discussions**

No settlement discussions have occurred since litigation commenced.

      **E.**      **Anticipated Length of Trial**

      Plaintiff estimates the length of trial to be two to three weeks. Defendants agree that this is a good faith estimate but note that it may be too early to estimate the length of trial.

...

**F.      Other Issues**

      Because there are no pending issues before the Court at this time, the parties respectfully request that the Court so-Order the Case Management Plan and dispense with an additional pretrial conference at this time.

| | |
|---|---|
| Dated:  July 21, 2023<br>      New York, New York | Respectfully submitted, |
| WEIL GOTSHAL & MANGES LLP | GIBSON DUNN & CRUTCHER LLP |
| /s/ *David L. Yohai*<br>David L. Yohai<br>Benjamin E. Marks<br>Randi W. Singer<br>David E. Yolkut<br>Fredrick Rhine<br><br>767 Fifth Avenue<br>New York, NY 10153<br>Phone:  (212) 310-8000<br>Fax:  (212) 310-8007<br>david.yohai@weil.com<br>benajmin.marks@weil.com<br>randi.singer@weil.com<br>david.yolkut@weil.com<br>fredrick.rhine@weil.com<br><br>*Attorneys for Plaintiff* | /s/ *Orin Snyder*<br>Orin Snyder<br><br>200 Park Avenue<br>New York, NY 10166<br>Phone: (212) 351-2400<br>Fax: (212) 351-6335<br>osnyder@gibsondunn.com<br><br>Jay P. Srinivasan<br>Ilissa Samplin<br><br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Phone: (213) 229-7296<br>Fax: (213) 229-6296<br>jsrinivasan@gibsondunn.com<br>isamplin@gibsondunn.com<br><br>*Attorneys for Defendants* |