# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**David L. Yohai**
+1 (212) 310-8275
david.yohai@weil.com

VIA ECF AND E-MAIL

February 27, 2024

The Hon. Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007



Re: **<u>A&E Television Networks, LLC v. Big Fish Entertainment, LLC et al.</u>, <u>22-cv-07411 (S.D.N.Y.)</u>**

Dear Judge Failla:

    We write on behalf of Plaintiff A&E Television Networks, LLC ("AETN") pursuant to Rule 9 of the Court's Individual Rules of Practice to respectfully request permission to file AETN's letter seeking a pre-motion discovery conference with limited redactions, and to file certain exhibits thereto with redactions or under seal. The redacted information and documents filed under seal have been designated Confidential and/or Highly Confidential by Defendants under the Protective Order in place in this action (ECF No. 58), on the basis that they contain sensitive commercial information that would cause competitive harm to Defendants if disclosed.

    We thank the Court for its consideration.

Respectfully submitted,

*/s/ David L. Yohai*
David L. Yohai

cc: All counsel of Record (via ECF)

---

Application GRANTED. The Clerk of Court is directed to maintain docket entry 76 under seal, viewable only to the Court and the parties.

The Clerk of Court is further directed to terminate the pending motion at docket entry 74.

SO ORDERED.

Dated: February 29, 2024
New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE