**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**David L. Yohai**
+1 (212) 310-8275
david.yohai@weil.com

VIA ECF AND E-MAIL

March 3, 2024

The Hon. Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007



Re: ***A&E Television Networks, LLC v. Big Fish Entertainment, LLC et al.*, 22-cv-07411 (S.D.N.Y.)**

Dear Judge Failla:

    We write on behalf of Plaintiff A&E Television Networks, LLC ("AETN") pursuant to Rule 9 of the Court's Individual Rules of Practice to respectfully request permission to file AETN's letter regarding the parties' discovery dispute with limited redactions, and to file an exhibit thereto under seal. The redacted information has been designated Confidential and/or Highly Confidential by Defendants under the Protective Order in place in this action (ECF No. 58), on the basis that they contain sensitive commercial information that would cause competitive harm to Defendants if disclosed. The exhibit filed under seal contains a portion of a February 27, 2024 deposition transcript which, under the Protective Order, is treated as Highly Confidential until 30 days after the final transcript is received.

    We thank the Court for its consideration.

Respectfully submitted,

*/s/ David L. Yohai*
David L. Yohai

cc:    All counsel of Record (via ECF)

```
Application GRANTED.  The Clerk of Court is directed to maintain
docket entry 85 under seal, viewable to the Court and the parties
only.

The Clerk of Court is further directed to terminate the pending
motion at docket entry 84.

                                    SO ORDERED.

Dated:    March 4, 2024
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE