EXHIBIT 2

## Leslie, H. David

| | |
|---|---|
| **From:** | Leslie, H. David |
| **Sent:** | Wednesday, January 24, 2024 5:21 PM |
| **To:** | 'Snyder, Orin'; 'Srinivasan, Jay P.'; 'Samplin, Ilissa'; 'Spears, Courtney L.'; 'Mejia, Kim'; 'Brown, Randi Kira'; 'Perloff-Giles, Alexandra' |
| **Cc:** | Yohai, David; Singer, Randi; Marks, Benjamin; Rhine, Fredrick; Clemmons, Katie; Roche, Olivia; 'Yolkut, David' |
| **Subject:** | A&E Television Networks, LLC v. Big Fish Entertainment, LLC, No. 1:22-cv-07411-KPF |

Counsel,

Please advise when we can expect you to confirm dates for the remaining depositions we have noticed.  We first served deposition notices almost three weeks ago, and you have provided dates for only two deponents so far.  The March dates you provided were also very late, given that fact discovery will close in just over two months from now.  To the extent your other witnesses are unavailable on the noticed dates, please propose alternative dates.  Please also let us know which witnesses will be testifying in a 30(b)(6) capacity.

Regards,



**H. David Leslie**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harold.leslie@weil.com
+1 212 310 8783 Office
+1 646 469 3823 Mobile
+1 212 310 8007 Fax
Pronouns: He/Him