# EXHIBIT 3

## Leslie, H. David

| | |
|---|---|
| **From:** | Yolkut, David <DYolkut@mayerbrown.com> |
| **Sent:** | Thursday, February 1, 2024 12:46 PM |
| **To:** | Perloff-Giles, Alexandra; Leslie, H. David; Snyder, Orin; Srinivasan, Jay P.; Samplin, Ilissa; Spears, Courtney L.; Mejia, Kim |
| **Cc:** | Yohai, David; Singer, Randi; Marks, Benjamin; Rhine, Fredrick; Clemmons, Katie; Roche, Olivia |
| **Subject:** | RE: A&E Television Networks, LLC v. Big Fish Entertainment, LLC, No. 1:22-cv-07411-KPF |

Lexie,

We can confirm Barry Poznick's deposition for February 28 in Los Angeles. Do you have a proposal for the dates and witness(es) for the Big Fish 30(b)(6) deposition, which was noticed for February 28 and 29 in New York, as that impacts the schedule?

With respect to John Zito's deposition, March 20 or 21 is quite late in the schedule. Does he have any earlier availability?

Regards,
David

**From:** Perloff-Giles, Alexandra <APerloff-Giles@gibsondunn.com>
**Sent:** Tuesday, January 30, 2024 3:22 PM
**To:** Leslie, H. David <Harold.Leslie@weil.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Srinivasan, Jay P. <JSrinivasan@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Spears, Courtney L. <CSpears@gibsondunn.com>; Mejia, Kim <KMejia@gibsondunn.com>
**Cc:** Yohai, David <david.yohai@weil.com>; Singer, Randi <randi.singer@weil.com>; Marks, Benjamin <benjamin.marks@weil.com>; Rhine, Fredrick <Fredrick.Rhine@weil.com>; Clemmons, Katie <Katie.Clemmons@weil.com>; Roche, Olivia <Olivia.Roche@weil.com>; Yolkut, David <DYolkut@mayerbrown.com>
**Subject:** RE: A&E Television Networks, LLC v. Big Fish Entertainment, LLC, No. 1:22-cv-07411-KPF

**CAUTION: External Email -** Only click on contents you know are safe.

David,

Barry Poznick is available to sit for a deposition in Los Angeles on February 28. John Zito is available to sit for a deposition in New York on March 20 or 21.

Best,

Lexie

## Alexandra Perloff-Giles
Associate Attorney

T: +1 212.351.6307  |  M: +1 646.891.8943
APerloff-Giles@gibsondunn.com

## GIBSON DUNN
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

**From:** Leslie, H. David <Harold.Leslie@weil.com>
**Sent:** Wednesday, January 24, 2024 5:21 PM
**To:** Snyder, Orin <OSnyder@gibsondunn.com>; Srinivasan, Jay P. <JSrinivasan@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Spears, Courtney L. <CSpears@gibsondunn.com>; Mejia, Kim <KMejia@gibsondunn.com>; Brown, Randi Kira <RBrown@gibsondunn.com>; Perloff-Giles, Alexandra <APerloff-Giles@gibsondunn.com>
**Cc:** Yohai, David <david.yohai@weil.com>; Singer, Randi <randi.singer@weil.com>; Marks, Benjamin <benjamin.marks@weil.com>; Rhine, Fredrick <Fredrick.Rhine@weil.com>; Clemmons, Katie <Katie.Clemmons@weil.com>; Roche, Olivia <Olivia.Roche@weil.com>; Yolkut, David <DYolkut@mayerbrown.com>
**Subject:** A&E Television Networks, LLC v. Big Fish Entertainment, LLC, No. 1:22-cv-07411-KPF

**[WARNING: External Email]**

Counsel,

Please advise when we can expect you to confirm dates for the remaining depositions we have noticed.  We first served deposition notices almost three weeks ago, and you have provided dates for only two deponents so far.  The March dates you provided were also very late, given that fact discovery will close in just over two months from now.  To the extent your other witnesses are unavailable on the noticed dates, please propose alternative dates.  Please also let us know which witnesses will be testifying in a 30(b)(6) capacity.

Regards,



**H. David Leslie**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harold.leslie@weil.com
+1 212 310 8783 Office
+1 646 469 3823 Mobile
+1 212 310 8007 Fax
Pronouns: He/Him

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

_____
This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are

addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information and our use of relationship insight tools in conjunction with email is available in our Privacy Notice.