# EXHIBIT 5

## Leslie, H. David

| | |
|---|---|
| **From:** | Leslie, H. David |
| **Sent:** | Saturday, February 10, 2024 1:47 PM |
| **To:** | 'Perloff-Giles, Alexandra'; 'Snyder, Orin'; 'Srinivasan, Jay P.'; 'Samplin, Ilissa'; 'Spears, Courtney L.'; 'Mejia, Kim' |
| **Cc:** | Yohai, David; Singer, Randi; Marks, Benjamin; Rhine, Fredrick; Clemmons, Katie; Roche, Olivia; 'Yolkut, David' |
| **Subject:** | A&E Television Networks, LLC v. Big Fish Entertainment, LLC, No. 1:22-cv-07411-KPF |

Counsel,

With regard to deposition scheduling, we can confirm Shelly Tatro for March 18, the date you noticed.  Rob Sharenow is available on March 13 -- please let us know if that date is acceptable.  We will follow up with dates for the remaining witnesses.

We can also confirm your proposed February 27 deposition date for Rocky Bronzino.  You still have not provided dates for your 30(b)(6) witnesses or identified them; please do so as soon as possible.

Regards,
David



**H. David Leslie**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harold.leslie@weil.com
+1 212 310 8783 Office
+1 646 469 3823 Mobile
+1 212 310 8007 Fax
Pronouns: He/Him

1