# EXHIBIT 6

## Leslie, H. David

| | |
|---|---|
| **From:** | Leslie, H. David |
| **Sent:** | Monday, February 12, 2024 4:18 PM |
| **To:** | 'Perloff-Giles, Alexandra'; 'Snyder, Orin'; 'Srinivasan, Jay P.'; 'Samplin, Ilissa'; 'Spears, Courtney L.'; 'Mejia, Kim' |
| **Cc:** | Yohai, David; Singer, Randi; Marks, Benjamin; Rhine, Fredrick; Clemmons, Katie; Roche, Olivia; 'Yolkut, David' |
| **Subject:** | A&E Television Networks, LLC v. Big Fish Entertainment, LLC, No. 1:22-cv-07411-KPF |

Counsel,

Thank you for confirming Rob Sharenow's deposition on March 13.  The current list of confirmed depositions is as follows:

- Feb. 27: Rocky Bronzino (New York)
- Feb. 28: Barry Poznick (Los Angeles)
- Mar. 6:  Stan Hubbard (Minneapolis)
- Mar. 12 (10am-1pm): Dan Abrams (New York)
- Mar. 13: Rob Sharenow (New York)
- Mar. 14: Steve Cheskin (Washington DC)
- Mar. 18: Shelly Tatro (New York)
- Mar. 19 (10am-1pm): Dan Abrams (New York)
- Mar. 20: John Zito (New York)

If you disagree with any of the above, please let us know by noon tomorrow.  Please also provide dates for the depositions of Big Fish's 30(b)(6) witness(es), REELZ's 30(b)(6) witness(es), Dan Cesareo, and Ethan Cohan as soon as possible.  We will revert with dates for David Zagin, Henry Hoberman, and Paul Buccieri as soon as we can.

We also request Defendants' consent to additional depositions beyond the number available by right under Fed. R. Civ. P. 30.  From the documents produced by Defendants last week, it has become clear that we will need to depose a few additional witnesses who possess important relevant and non-duplicative information.  We believe this request is reasonable in a case with multiple defendants, in which there are numerous defendant-specific disputes, including significant questions about defendants' finances.  In addition to Tammy Zohar, who we noticed last Friday, we wish to depose Tony Barbagiovanni, and possibly one or two other witnesses, also depending upon who your 30(b)(6) witnesses are (which you have still not provided).  If we are unable to reach an agreement, AETN will seek the Court's leave.  Please let us know this week about this as well.  Please also let us know whether you will accept service of a deposition subpoena on Mr. Barbagiovanni's behalf. We reserve all rights with respect to the above and waive none.

Regards,
David



**H. David Leslie**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

1

harold.leslie@weil.com
+1 212 310 8783 Office
+1 646 469 3823 Mobile
+1 212 310 8007 Fax
Pronouns: He/Him