# EXHIBIT 7

## Leslie, H. David

| | |
|---|---|
| **From:** | Leslie, H. David |
| **Sent:** | Tuesday, February 13, 2024 11:42 AM |
| **To:** | 'Perloff-Giles, Alexandra' |
| **Cc:** | Snyder, Orin; Srinivasan, Jay P.; Samplin, Ilissa; Yohai, David; Singer, Randi; Marks, Benjamin; Rhine, Fredrick; Clemmons, Katie; Roche, Olivia; Yolkut, David; *** Big Fish Associates |
| **Subject:** | RE: A&E Television Networks, LLC v. Big Fish Entertainment, LLC, No. 1:22-cv-07411-KPF |

Counsel,

This is becoming unreasonable. Per Jay Srinivasan's email from last week (pasted below), you informed us that Mr. Cesareo was specifically *not* available on March 5. We organized our calendar in reliance on that statement, and the date is no longer available. Please provide an alternative date. Additionally, February 27 was your proposal for Rocky Bronzino's deposition. We have made ourselves available on that date, only for it to now be withdrawn without explanation. It has been five weeks since we noticed these depositions, which is more than enough time for you to have blocked off dates on both witnesses' calendars. And we still have not received *any* proposed dates for either Defendant's 30(b)(6) witnesses.

Please provide dates for all of the above within this week, or we reserve the right to seek the court's intervention.

Regards,
David



**H. David Leslie**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harold.leslie@weil.com
+1 212 310 8783 Office
+1 646 469 3823 Mobile
+1 212 310 8007 Fax
Pronouns: He/Him

**From:** Srinivasan, Jay P. <JSrinivasan@gibsondunn.com>
**Sent:** Thursday, February 8, 2024 3:03 PM
**To:** Leslie, H. David <Harold.Leslie@weil.com>; Perloff-Giles, Alexandra <APerloff-Giles@gibsondunn.com>; Yolkut, David <DYolkut@mayerbrown.com>; Yohai, David <david.yohai@weil.com>; Singer, Randi <randi.singer@weil.com>; Marks, Benjamin <benjamin.marks@weil.com>; Rhine, Fredrick <Fredrick.Rhine@weil.com>; Clemmons, Katie <Katie.Clemmons@weil.com>; Roche, Olivia <Olivia.Roche@weil.com>
**Cc:** Snyder, Orin <OSnyder@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; *** Big Fish Associates <BigFishAssociates@gibsondunn.com>
**Subject:** RE: A&E Television Networks, LLC v. Big Fish Entertainment, LLC, No. 1:22-cv-07411-KPF

Thanks David.  Due to a miscommunication, we were mistaken about Dan C's availability on Mar 5.  We will get back to you on a date for him.


Best,
Jay


**Jay Srinivasan**
**GIBSON DUNN**
jsrinivasan@gibsondunn.com
T: +1 213.229.7296 | M: +1 310.990.9508
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Perloff-Giles, Alexandra <APerloff-Giles@gibsondunn.com>
**Sent:** Tuesday, February 13, 2024 7:10 AM
**To:** Leslie, H. David <Harold.Leslie@weil.com>
**Cc:** Snyder, Orin <OSnyder@gibsondunn.com>; Srinivasan, Jay P. <JSrinivasan@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Yohai, David <david.yohai@weil.com>; Singer, Randi <randi.singer@weil.com>; Marks, Benjamin <benjamin.marks@weil.com>; Rhine, Fredrick <Fredrick.Rhine@weil.com>; Clemmons, Katie <Katie.Clemmons@weil.com>; Roche, Olivia <Olivia.Roche@weil.com>; Yolkut, David <DYolkut@mayerbrown.com>; *** Big Fish Associates <BigFishAssociates@gibsondunn.com>
**Subject:** Re: A&E Television Networks, LLC v. Big Fish Entertainment, LLC, No. 1:22-cv-07411-KPF

David,

Unfortunately, Rocky Bronzino is no longer available on February 27. We will provide a new date as soon as possible.

However, Dan Cesareo is available to be deposed on March 5, the date you previously confirmed.

We will follow up separately on the other items.

Best,

Lexie

**Alexandra Perloff-Giles**
Associate Attorney

T: +1 212.351.6307  |  M: +1 646.891.8943
APerloff-Giles@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

On Feb 12, 2024, at 4:18 PM, Leslie, H. David <Harold.Leslie@weil.com> wrote:


**[WARNING: External Email]**

Counsel,

Thank you for confirming Rob Sharenow's deposition on March 13.  The current list of confirmed depositions is as follows:

1. Feb. 27: Rocky Bronzino (New York)
2. Feb. 28: Barry Poznick (Los Angeles)
3. Mar. 6:  Stan Hubbard (Minneapolis)
4. Mar. 12 (10am-1pm): Dan Abrams (New York)
5. Mar. 13: Rob Sharenow (New York)
6. Mar. 14: Steve Cheskin (Washington DC)
7. Mar. 18: Shelly Tatro (New York)
8. Mar. 19 (10am-1pm): Dan Abrams (New York)
9. Mar. 20: John Zito (New York)

If you disagree with any of the above, please let us know by noon tomorrow.  Please also provide dates for the depositions of Big Fish's 30(b)(6) witness(es), REELZ's 30(b)(6) witness(es), Dan Cesareo, and Ethan Cohan as soon as possible.  We will revert with dates for David Zagin, Henry Hoberman, and Paul Buccieri as soon as we can.

We also request Defendants' consent to additional depositions beyond the number available by right under Fed. R. Civ. P. 30.  From the documents produced by Defendants last week, it has become clear that we will need to depose a few additional witnesses who possess important relevant and non-duplicative information.  We believe this request is reasonable in a case with multiple defendants, in which there are numerous defendant-specific disputes, including significant questions about defendants' finances.  In addition to Tammy Zohar, who we noticed last Friday, we wish to depose Tony Barbagiovanni, and possibly one or two other witnesses, also depending upon who your 30(b)(6) witnesses are (which you have still not provided).  If we are unable to reach an agreement, AETN will seek the Court's leave.  Please let us know this week about this as well.  Please also let us know whether you will accept service of a deposition subpoena on Mr. Barbagiovanni's behalf. We reserve all rights with respect to the above and waive none.

Regards,
David



**H. David Leslie**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harold.leslie@weil.com
+1 212 310 8783 Office
+1 646 469 3823 Mobile
+1 212 310 8007 Fax
Pronouns: He/Him

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly

prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

4