# EXHIBIT 8

## Leslie, H. David

| | |
|---|---|
| **From:** | Leslie, H. David |
| **Sent:** | Friday, February 16, 2024 5:00 PM |
| **To:** | 'Perloff-Giles, Alexandra'; 'Snyder, Orin'; 'Srinivasan, Jay P.'; 'Samplin, Ilissa'; 'Spears, Courtney L.'; 'Mejia, Kim' |
| **Cc:** | Yohai, David; Marks, Benjamin; Rhine, Fredrick; Clemmons, Katie; Roche, Olivia; 'Yolkut, David' |
| **Subject:** | A&E Television Networks, LLC v. Big Fish Entertainment, LLC, No. 1:22-cv-07411-KPF |

Counsel:

We accept your proposed dates of March 6 for the deposition of Dan Cesareo and March 20 for Rocky Bronzino, both in New York.  For AETN, Paul Buccieri is available on April 2.

The current list of depositions is below:

- 2/28: Barry Poznick (Los Angeles)
- 3/6: Dan Cesareo (New York)
- 3/6: Stan Hubbard (Minneapolis)
- 3/12 (10am-1pm): Dan Abrams (New York)
- 3/13: Rob Sharenow (New York)
- 3/14: Steve Cheskin (Washington, DC)
- 3/18: Shelly Tatro (New York)
- 3/19 (10am-1pm): Dan Abrams (New York)
- 3/20: John Zito (New York)
- 3/20: Rocky Bronzino (New York)
- 3/21: David Zagin (New York)
- 4/2: Paul Buccieri (New York)

It has now been six weeks since we noticed Defendants' 30(b)(6) depositions, and you still have not offered any dates or identified your witnesses, despite ample time and numerous inquiries.  Please provide dates for Defendants' 30(b)(6) depositions immediately.

Regards,
David



**H. David Leslie**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harold.leslie@weil.com
+1 212 310 8783 Office
+1 646 469 3823 Mobile
+1 212 310 8007 Fax
Pronouns: He/Him