# EXHIBIT 9

# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**VIA EMAIL**

**H. David Leslie**
+1 (212) 310-8783
harold.leslie@weil.com

February 17, 2024

Alexandra Perloff-Giles
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
aperloff-giles@gibsondunn.com

**Re:** *A&E Television Networks, LLC v. Big Fish Entertainment, LLC et al.*, **22-cv-07411 (S.D.N.Y.)**

Counsel:

We write on behalf of Plaintiff A&E Television Networks, LLC ("AETN") regarding the Notices of Deposition Pursuant to Rule 30(b)(6) served on Defendants Big Fish Entertainment, LLC, Half Moon Pictures, LLC (together, "Big Fish"), and ReelzChannel, LLC ("REELZ"). We are writing to confer on the matters about which the witnesses will testify, as required by Rule 30(b)(6).  If you wish to do so, we are available to meet and confer on Wednesday, February 21, 2024, between 10am and 4pm ET, or Thursday, February 22, 2024, between 11am and 3pm ET.

To date, Defendants have not provided any proposed alternate deposition dates or identified their 30(b)(6) witnesses, despite repeated inquiries from AETN. Once again, please provide your proposed dates.  If we do not receive your response by 12pm ET on Wednesday, February 21, 2024, AETN will move forward with the deposition of Big Fish's 30(b)(6) witness on the noticed dates of February 28 and 29, 2024, and will alert the Court to the situation.  Should Big Fish fail to produce a witness on those dates, AETN reserves the right to seek all available remedies, including those available under Fed. R. Civ. P. 30(g) and 37(d).

In sending this letter, AETN expressly reserves all of its rights, and waives none.

Sincerely,

*/s/ H. David Leslie*
H. David Leslie

cc:    All counsel