# EXHIBIT 10

## Leslie, H. David

| | |
|---|---|
| **From:** | Leslie, H. David |
| **Sent:** | Wednesday, February 28, 2024 2:07 PM |
| **To:** | 'Samplin, Ilissa'; Yohai, David; Marks, Benjamin; Rhine, Fredrick; Clemmons, Katie; Roche, Olivia; Yolkut, David |
| **Cc:** | Snyder, Orin; Srinivasan, Jay P.; Dore, Michael H.; *** Big Fish Associates |
| **Subject:** | RE: A&E Television Networks, LLC v. Big Fish Entertainment, LLC, No. 1:22-cv-07411-KPF - Depositions |

Counsel,

Regarding deposition scheduling, we can confirm Maggie Reilly-Brooks for the noticed date of March 28, 2024.  Sean Gottlieb is available for deposition on April 2 or 3; please let us know which date you would prefer.  We are checking with Mr. Hoberman with regard to his availability on other dates, given your conflict on the date we offered.  We can also confirm Lori Lung's deposition as a REELZ 30(b)(6) witness for March 21, to be conducted remotely.

With respect to Tony Barbagiovanni's deposition as a Big Fish 30(b)(6) witness, we are concerned about scheduling his deposition on March 15 given the significant deficiencies in Big Fish's production of financial documents to date.  Please confirm that all relevant documents will be produced no later than 10 days prior to Mr. Barbagiovanni's deposition. Mr. Barbagiovanni has been identified as a witness on topics 23-26, which concern Big Fish's "actual and expected revenues and profits from *On Patrol: Live*," "costs and expenses in connection with each episode of *On Patrol: Live*," "payments made by REELZ to You concerning *On Patrol: Live*," and "Any financial documents You have produced in this Action," and AETN cannot be prejudiced in its ability to depose him on those topics.  Additionally, because Mr. Barbagiovanni is being deposed as a corporate representative of Big Fish, his deposition should take place in New York as noticed.  Big Fish's principal place of business is here, not in Los Angeles, and there is a presumption that 30(b)(6) depositions should take place in the corporation's principal place of business. *See Atari Interactive, Inc. v. Target Corp.*, 2019 WL 6728860, at n.2 (S.D.N.Y. Dec. 10, 2019) (quoting 8A Charles Alan Wright & Arthur R. Miller, Fed. Prac. & Proc. Civ. § 2112 (3d ed. 2019)).

We again reiterate that we wish to take the deposition of Tammy Zohar. We would also like to depose Rob Forella.  As previously explained, we do not believe the parties are similarly-situated with respect to the need for depositions given that there are multiple defendant companies.  Nonetheless, as we stated last week, we are willing to consider your proposal that both sides take 11 or 12 depositions each if you will tell us who else you wish to depose.  You have not yet responded to that question.  We are unable to confirm Ethan Cohan's deposition if doing so will result in Defendants arguing AETN is barred from deposing key witnesses such as Ms. Zohar and/or Mr. Forella.  Please let us know your position as soon as possible.

Regards,
David



**H. David Leslie**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harold.leslie@weil.com
+1 212 310 8783 Office

1

+1 646 469 3823 Mobile
+1 212 310 8007 Fax
Pronouns: He/Him

---

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Tuesday, February 27, 2024 11:27 PM
**To:** Yohai, David <david.yohai@weil.com>; Leslie, H. David <Harold.Leslie@weil.com>; Marks, Benjamin <benjamin.marks@weil.com>; Rhine, Fredrick <Fredrick.Rhine@weil.com>; Clemmons, Katie <Katie.Clemmons@weil.com>; Roche, Olivia <Olivia.Roche@weil.com>; Yolkut, David <DYolkut@mayerbrown.com>
**Cc:** Snyder, Orin <OSnyder@gibsondunn.com>; Srinivasan, Jay P. <JSrinivasan@gibsondunn.com>; Dore, Michael H. <MDore@gibsondunn.com>; *** Big Fish Associates <BigFishAssociates@gibsondunn.com>
**Subject:** A&E Television Networks, LLC v. Big Fish Entertainment, LLC, No. 1:22-cv-07411-KPF - Depositions

Counsel:

Tony Barbagiovanni is available for deposition on March 15 in Los Angeles.  Please confirm.

The date you proposed for Mr. Hoberman's deposition (April 3) is a problem on our end.  Please let us know if he can make March 27 or 28 work.  Thank you in advance for the accommodation.

Please get back to us ASAP about the date we proposed for Mr. Cohan's deposition (April 4).  As communicated multiple times now, we need to get this scheduled given the difficulties in his calendar during the fact discovery period.  He has been holding this date.

Also, please promptly provide dates for Ms. Brooks and Mr. Gottlieb if they are not available on the dates we noticed.

We look forward to hearing from you tomorrow on these items.

Thank you,
Ilissa

**Ilissa Samplin**
Partner

T: +1 213.229.7354 | M: +1 516.732.0245
ISamplin@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.