# EXHIBIT 11

## Leslie, H. David

| | |
|---|---|
| **From:** | Satanove, Doran J. <DSatanove@gibsondunn.com> |
| **Sent:** | Saturday, March 2, 2024 8:12 PM |
| **To:** | Leslie, H. David; Samplin, Ilissa; Yohai, David; Marks, Benjamin; Rhine, Fredrick; Clemmons, Katie; Roche, Olivia; Yolkut, David |
| **Cc:** | Snyder, Orin; Srinivasan, Jay P.; Dore, Michael H.; *** Big Fish Associates |
| **Subject:** | RE: A&E Television Networks, LLC v. Big Fish Entertainment, LLC, No. 1:22-cv-07411-KPF - Depositions |

Counsel,

With respect to deposition limits, Defendants have noticed the depositions of seven individuals and a 30(b)(6). Defendants will notice three additional individuals, all of whom appear on Plaintiff's initial disclosures (Jonathan Davis, Michael Peretz, and Kelley Drukker). That brings Defendants to 11 depositions.

Please let us know by the Monday meet and confer if Plaintiff consents to 11 depositions per side. Plaintiff already has asked us for 11 depositions, so agreeing to this request should not be controversial. Assuming Plaintiff agrees to 11, we will contact Ms. Zohar or Mr. Forella (depending on who Plaintiff wants) about scheduling their deposition, and we expect you to do the same with respect to the three individuals mentioned above.

Defendants also need to know Plaintiff's 30(b)(6) designee(s) right away, and which topics they are covering. Please be prepared to discuss that during the scheduled meet and confer on Monday.

Defendants confirm they will take Mr. Gottlieb's deposition on April 3. Defendants also confirm Lori Lung will be available for deposition on March 22.

Finally, please immediately confirm (i) whether you will be taking Ethan Cohan's deposition, and if so that you will do so on April 4; and (ii) whether Mr. Hoberman is available for deposition on March 27 or 28. You previously stated the noticed date of March 21 did not work for him. Please confirm if he is available March 27 or 28.

Best,
Doran

**Doran J. Satanove**
Associate Attorney

T: +1 212.351.4098
DSatanove@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Leslie, H. David <Harold.Leslie@weil.com>
**Sent:** Friday, March 1, 2024 4:51 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>; Yohai, David <david.yohai@weil.com>; Marks, Benjamin <benjamin.marks@weil.com>; Rhine, Fredrick <Fredrick.Rhine@weil.com>; Clemmons, Katie <Katie.Clemmons@weil.com>; Roche, Olivia <Olivia.Roche@weil.com>; Yolkut, David <DYolkut@mayerbrown.com>
**Cc:** Snyder, Orin <OSnyder@gibsondunn.com>; Srinivasan, Jay P. <JSrinivasan@gibsondunn.com>; Dore, Michael H.

<MDore@gibsondunn.com>; *** Big Fish Associates <BigFishAssociates@gibsondunn.com>
**Subject:** RE: A&E Television Networks, LLC v. Big Fish Entertainment, LLC, No. 1:22-cv-07411-KPF - Depositions

**[WARNING: External Email]**

Ilissa,

We can accept March 22nd for Lori Lung's deposition if you have a conflict on the 21st. Please confirm which date works. Please also confirm Sean Gottlieb's deposition date; we had offered April 2 or 3. The current schedule of depositions is below.

- 3/6: Stan Hubbard (Minneapolis)
- 3/6: Dan Cesareo (New York)
- 3/7: Dan Cesareo day 2 (New York)
- 3/12 (10am-1pm): Dan Abrams (New York)
- 3/13: Rob Sharenow (New York)
- 3/14: Steve Cheskin (Washington, DC)
- 3/18: Shelly Tatro (New York)
- 3/19 (10am-1pm): Dan Abrams (New York)
- 3/20: John Zito (New York)
- 3/21: Rocky Bronzino (New York)
- 3/21: David Zagin (New York)
- 3/21 or 3/22: Lori Lung (Remote)
- 3/28:  Maggie Reilly-Brooks (New York)
- 4/4: Paul Buccieri (New York)

Regards,
David



**H. David Leslie**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harold.leslie@weil.com
+1 212 310 8783 Office
+1 646 469 3823 Mobile
+1 212 310 8007 Fax
Pronouns: He/Him

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Wednesday, February 28, 2024 2:10 PM
**To:** Leslie, H. David <Harold.Leslie@weil.com>; Yohai, David <david.yohai@weil.com>; Marks, Benjamin <benjamin.marks@weil.com>; Rhine, Fredrick <Fredrick.Rhine@weil.com>; Clemmons, Katie <Katie.Clemmons@weil.com>; Roche, Olivia <Olivia.Roche@weil.com>; Yolkut, David <DYolkut@mayerbrown.com>
**Cc:** Snyder, Orin <OSnyder@gibsondunn.com>; Srinivasan, Jay P. <JSrinivasan@gibsondunn.com>; Dore, Michael H. <MDore@gibsondunn.com>; *** Big Fish Associates <BigFishAssociates@gibsondunn.com>
**Subject:** RE: A&E Television Networks, LLC v. Big Fish Entertainment, LLC, No. 1:22-cv-07411-KPF - Depositions

David-

We will get back to you about the balance of your email, but in the meantime, is March 22 remotely an option for Lori if she needs to shift from March 21?  There may be a scheduling issue.  Thank you.

**Ilissa Samplin**
Partner

T: +1 213.229.7354 | M: +1 516.732.0245
ISamplin@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---