# EXHIBIT 12

## Leslie, H. David

| | |
|---|---|
| **From:** | Leslie, H. David |
| **Sent:** | Monday, March 4, 2024 12:27 PM |
| **To:** | 'Samplin, Ilissa'; 'Snyder, Orin'; 'Srinivasan, Jay P.'; 'Dore, Michael H.'; '*** Big Fish Associates' |
| **Cc:** | Yohai, David; Marks, Benjamin; Rhine, Fredrick; Clemmons, Katie; Roche, Olivia; 'Yolkut, David' |
| **Subject:** | A&E Television Networks, LLC v. Big Fish Entertainment, LLC, No. 1:22-cv-07411-KPF - Depositions |

Counsel,

Further on deposition scheduling, Henry Hoberman can be available on April 2 given your conflict on April 3.  Please confirm as soon as you can.  We are also willing to agree to 11 depositions per side, which would include the AETN deponents you named. Ethan Cohan's deposition is confirmed for April 4.  Please let us know as soon as possible about Tammy Zohar's availability.  We reserve the right to seek Rob Forella's deposition if needed, depending upon the testimony of Tony Barbagiovanni and Tammy Zohar.

As to 30(b)(6) topics, we can confirm that Maggie Reilly-Brooks will cover Topics 1-4; Rob Sharenow will cover Topics 10, 16-18, and 37; and Sean Gottlieb will cover Topics 25, 27-30, and 38. We will have a separate witness to testify on the financial topics. We will revert on the remaining topics at least 5 business days before relevant depositions, as your notice instructs. The above is subject to AETN's forthcoming objections and responses, with all rights reserved.

Please see below for an updated deposition calendar:

- 3/6: Stan Hubbard (Minneapolis)
- 3/6: Dan Cesareo (New York)
- 3/7: Dan Cesareo day 2 (New York)
- 3/12 (10am-1pm): Dan Abrams (New York)
- 3/13: Rob Sharenow (New York)
- 3/14: Steve Cheskin (Washington, DC)
- 3/18: Shelly Tatro (New York)
- 3/19 (10am-1pm): Dan Abrams (New York)
- 3/20: John Zito (New York)
- 3/21: Rocky Bronzino (New York)
- 3/21: David Zagin (New York)
- 3/22: Lori Lung (Remote)
- 3/28: Maggie Reilly-Brooks (New York)
- 4/2: Henry Hoberman (New York)
- 4/3: Sean Gottlieb (New York)
- 4/4: Paul Buccieri (New York)
- 4/4: Ethan Cohan (Remote)

Regards,
David



1

**H. David Leslie**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harold.leslie@weil.com
+1 212 310 8783 Office
+1 646 469 3823 Mobile
+1 212 310 8007 Fax
Pronouns: He/Him