March 18, 2024

**SUBMITTED VIA ECF AND EMAIL**

The Hon. Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re: ***A&E Television Networks, LLC v. Big Fish Entertainment, LLC et al.*, 22-cv-07411 (S.D.N.Y.)**

Dear Judge Failla:

      The parties in the above-captioned action write pursuant to Rule 9 of the Court's Individual Rules of Practice to respectfully request permission to file their joint letter regarding Defendants' production of financial documents with limited redactions, and to file exhibits thereto under seal. The redacted information and documents filed under seal have been designated Confidential and/or Highly Confidential by Defendants under the Protective Order in place in this action (ECF No. 58), on the basis that they contain sensitive commercial information that would cause competitive harm to Defendants if disclosed.

      We thank the Court for its consideration.

| | |
|---|---|
| Dated: March 18, 2024<br>New York, New York | Respectfully submitted, |
| WEIL GOTSHAL & MANGES LLP | GIBSON DUNN & CRUTCHER LLP |
| */s/ David L. Yohai*<br>David L. Yohai<br>Benjamin E. Marks<br>H. David Leslie<br>Fredrick Rhine<br><br>767 Fifth Avenue<br>New York, NY 10153<br>Phone:  (212) 310-8000<br>Fax:  (212) 310-8007<br>david.yohai@weil.com<br>benajmin.marks@weil.com<br>harold.leslie@weil.com<br>fredrick.rhine@weil.com<br><br>David Yolkut<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Phone: (212) 506-2500<br>Fax: (212) 262-1910<br>dyolkut@mayerbrown.com<br><br>*Attorneys for Plaintiff* | */s/ Orin Snyder*<br>Orin Snyder<br><br>200 Park Avenue<br>New York, NY 10166<br>Phone: (212) 351-2400<br>Fax: (212) 351-6335<br>osnyder@gibsondunn.com<br><br>Jay P. Srinivasan<br>Ilissa Samplin<br><br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Phone: (213) 229-7296<br>Fax: (213) 229-6296<br>jsrinivasan@gibsondunn.com<br>isamplin@gibsondunn.com<br><br>*Attorneys for Defendants* |