March 18, 2024



**SUBMITTED VIA ECF AND EMAIL**

The Hon. Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re: ***A&E Television Networks, LLC v. Big Fish Entertainment, LLC et al.*, 22-cv-07411
(S.D.N.Y.)**

Dear Judge Failla:

  The parties in the above-captioned action write pursuant to Rule 9 of the Court's Individual Rules of Practice to respectfully request permission to file their joint letter regarding Defendants' production of financial documents with limited redactions, and to file exhibits thereto under seal. The redacted information and documents filed under seal have been designated Confidential and/or Highly Confidential by Defendants under the Protective Order in place in this action (ECF No. 58), on the basis that they contain sensitive commercial information that would cause competitive harm to Defendants if disclosed.

  We thank the Court for its consideration.

```
Application GRANTED.  The Clerk of Court is directed to maintain
docket entry 93 under seal, viewable to the Court and the parties
only.

The Clerk of Court is further directed to terminate the pending
motion at docket entry 92.


Dated:     March 19, 2024          SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

Dated: March 18, 2024
     New York, New York

WEIL GOTSHAL & MANGES LLP

*/s/ David L. Yohai*
David L. Yohai
Benjamin E. Marks
H. David Leslie
Fredrick Rhine

767 Fifth Avenue
New York, NY 10153
Phone:  (212) 310-8000
Fax:  (212) 310-8007
david.yohai@weil.com
benajmin.marks@weil.com
harold.leslie@weil.com
fredrick.rhine@weil.com

David Yolkut
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 506-2500
Fax: (212) 262-1910
dyolkut@mayerbrown.com

*Attorneys for Plaintiff*

Respectfully submitted,

GIBSON DUNN & CRUTCHER LLP

*/s/ Orin Snyder*
Orin Snyder

200 Park Avenue
New York, NY 10166
Phone: (212) 351-2400
Fax: (212) 351-6335
osnyder@gibsondunn.com

Jay P. Srinivasan
Ilissa Samplin

333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-7296
Fax: (213) 229-6296
jsrinivasan@gibsondunn.com
isamplin@gibsondunn.com

*Attorneys for Defendants*