April 24, 2024

**SUBMITTED VIA ECF AND EMAIL**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re: *A&E Television Networks, LLC v. Big Fish Entertainment, LLC et al.,* 22-cv-07411 (S.D.N.Y.)

Dear Judge Failla:

    Pursuant to the April 17, 2024 pre-trial conference in this action, the parties have met-and-conferred about the expert discovery schedule. The below table identifies (i) the schedule the parties originally proposed in their April 11 joint pre-trial conference statement, and (ii) a proposed revised schedule, in view of the Court's comments at the April 17 conference that the parties should carefully consider the amount of time they need to ensure expert discovery will be complete without further extensions:

|  | **April 11 Proposed Schedule** | **Revised Proposed Schedule** |
|---|---|---|
| Initial Expert Reports | May 3 | **May 17** |
| Responding Reports | June 5 | **June 20** |
| Rebuttal Reports | June 25 | **July 11** |
| Close of Expert Discovery | August 1 | **August 9** |

    The parties respectfully request that the Court so order the revised proposed expert discovery schedule above, i.e., Initial Reports due May 17; Responding Reports due June 20; Rebuttal Reports due July 11; and the close of expert discovery to occur by August 9.

    We thank the Court for its consideration of this request.

Dated: April 24, 2024
       New York, New York                                  Respectfully submitted,

*/s/ David Yohai*                                          */s/ Orin Snyder*
David L. Yohai                                             Orin Snyder
Benjamin E. Marks                                          Alexandra Perloff-Giles
H. David Leslie                                            Doran J. Satanove
Fredrick Rhine                                             GIBSON, DUNN & CRUTCHER LLP
WEIL GOTSHAL & MANGES LLP                                  200 Park Avenue
767 Fifth Ave.                                             New York, NY 10166
New York, NY 10153                                         Phone: (212) 351-2400
Phone:  (212) 310-8000                                     Fax: (212) 351-6335
Fax:  (212) 310-8007                                       osnyder@gibsondunn.com
david.yohai@weil.com                                       aperloff-giles@gibsondunn.com
benjamin.marks@weil.com
harold.leslie@weil.com                                     Jay P. Srinivasan
fredrick.rhine@weil.com                                    Ilissa Samplin
                                                           GIBSON, DUNN & CRUTCHER LLP
David Yolkut                                               333 South Grand Avenue
MAYER BROWN LLP                                            Los Angeles, CA 90071
1221 Avenue of the Americas                                Phone: (213) 229-7296
New York, NY 10020                                         Fax: (213) 229-6296
Phone: (212) 506-2500                                      jsrinivasan@gibsondunn.com
Fax: (212) 262-1910                                        isamplin@gibsondunn.com
dyolkut@mayerbrown.com
                                                           *Attorneys for Defendants*
*Attorneys for Plaintiff*