**GIBSON DUNN**

Jay P. Srinivasan
Partner
T: +1 213.229.7296
jsrinivasan@gibsondunn.com

May 24, 2024

<u>VIA ECF</u>
The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re:   <u>*AETN Television Networks, LLC v. Big Fish Entertainment, LLC et al.*, 22-cv-07411 (S.D.N.Y.)</u>

Dear Judge Failla:

We represent Defendants Big Fish Entertainment LLC, Half Moon Pictures LLC, and REELZChannel, LLC ("Defendants") in the above-captioned action. We write pursuant to Rule 9(B) of this Court's Individual Rules of Practice in Civil Cases to respectfully request that sensitive financial information contained in the transcript of the pretrial conference held on April 17, 2024 be redacted.

During the conference, the parties and the Court discussed Defendants' sensitive financial information. This information, and the documents that contain such information, have been designated Highly Confidential by Defendants under the governing Protective Order (Dkt. 58), on the basis that it contains Defendants' sensitive financial information, as well as the sensitive financial information of Defendant Big Fish Entertainment LLC's parent company, MGM. The disclosure of this information would cause competitive harm to Defendants and MGM. *See, e.g.*, *Standard Inv. Chartered, Inc. v. Fin. Indus. Regulatory Auth., Ind.*, 347 F. App'x 615, 617 (2d Cir. 2009) (organization's "interest in protecting confidential business information outweighs the qualified First Amendment presumption of public access"); *Gelb v. Am. Tel. & Tel. Co.*, 813 F. Supp. 1022, 1035 (S.D.N.Y. 1993) (granting motion to seal documents based upon the "assertion that its competitors who do not now have this information could use it to do [the party] competitive injury").

The redactions Defendants seek are narrowly tailored to the specific details of Defendants' and MGM's financials. Moreover, the requested redactions are consistent with the Court's prior orders sealing documents containing this highly sensitive financial information. *See* ECF Nos. 86, 87, 94.

We thank the Court for its consideration of this request.

# GIBSON DUNN

May 24, 2024<br>
Page 2

           Respectfully,

           */s/ Jay P. Srinivasan*
           Jay P. Srinivasan

cc: All counsel of record (via ECF)

```
Application GRANTED.

This Court agrees with the redactions proposed by the parties, and
also agrees that the version of the transcript that is currently on
the docket should be sealed.  The Clerk of Court is directed to
maintain docket entry 103 under seal, viewable to the Court and the
parties only.  The Court Reporters are directed to prepare and
docket a version of the transcript that has been redacted in
accordance with the parties' suggestions, all of which have been
adopted by the Court.

The Clerk of Court is further directed to terminate the pending
motion at docket entry 106.


 Dated:    May 28, 2024                  SO ORDERED.
           New York, New York
```

                       *[signature: Katherine Polk Failla]*

                       HON. KATHERINE POLK FAILLA
                       UNITED STATES DISTRICT JUDGE