# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166
Tel 212.351.4000
gibsondunn.com

Orin Snyder
Direct: +1 212.351.2400
Fax: +1 212.351.6335
OSnyder@gibsondunn.com

June 5, 2024

VIA ECF
The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**MEMO ENDORSED**

Re: *AETN Television Networks, LLC v. Big Fish Entertainment, LLC et al.*, 22-cv-07411 (S.D.N.Y.)

Dear Judge Failla:

    We represent Defendants Big Fish Entertainment LLC, Half Moon Pictures LLC, and REELZChannel, LLC ("Defendants") in the above-captioned action. We write pursuant to Rule 9(B)(i) of this Court's Individual Rules of Practice in Civil Cases to respectfully request permission to file Exhibit 5 to Defendants' June 5, 2024 discovery letter under seal. The exhibit contains documents that have been designated Highly Confidential by Plaintiff A&E Television Network, LLC ("AETN") under the governing Protective Order (Dkt. 58), on the basis that the documents contain sensitive commercial information that would cause competitive harm to AETN if disclosed.

    We thank the Court for its consideration of this request.

Respectfully,

*/s/ Orin Snyder*
Orin Snyder

cc: All counsel of record (via ECF)

Abu Dhabi · Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles
Munich · New York · Orange County · Palo Alto · Paris · San Francisco · Singapore · Washington, D.C.

Application GRANTED. The Clerk of Court is directed to maintain docket entry 109 under seal, viewable to the Court and the parties only. The Clerk of Court is further directed to terminate the pending motion at docket entry 108.

Dated:     June 6, 2024
           New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE