# EXHIBIT 5

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA  90071
Tel 213.229.7000
gibsondunn.com

November 16, 2023

VIA E-MAIL

David Yolkut
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-00019
david.yolkut@weil.com
Tel.: (212) 310-8405

Re:    ***A&E Television Networks, LLC v. Big Fish Entertainment, LLC et al.*, 22-cv-07411 (S.D.N.Y.)**

Dear Counsel:

We write to memorialize what we understand to be the agreements reached during our meet-and-confer on November 8, 2023 regarding Plaintiff's responses and objections to Defendants' First Set of Requests for Production and to respond to Plaintiff's November 10, 2023 letter regarding privilege logs.

## I.    Defendants' Request for Production No. 11

A&E has agreed to search for and produce all documents and communications between A&E and certain third parties, including members of the media or press, distribution partners, corporate parents or affiliates, and advocacy organizations, concerning the suspension or cancellation of *Live PD*.  A&E will not specifically search for communications with viewers or other members of the public (unless otherwise responsive to another Request), but will produce such communications if it comes across them in connection with other searches.

## II.    Defendants' Request for Production No. 12 & Defendants' Request for Production No. 23

With respect to Request for Production No. 12, A&E will agree to treat as responsive, in the course of its previously agreed review of social media posts, any social media posts comparing *Live PD* to *Cops* or to any other reality or documentary television program, whether currently on air or not, that involves law enforcement or first responders.  With respect to Request for Production No. 23, Defendants will propose search terms in an effort to minimize any purported burden to A&E of searching for and reviewing Documents and Communications Concerning any purported similarities between *Live PD* and any other any other television program, whether currently on air or not and whether aired in the United States or not.  The parties agree that, for example, a document stating something to the effect

Abu Dhabi · Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles
Munich · New York · Orange County · Palo Alto · Paris · San Francisco · Singapore · Washington, D.C.

**GIBSON DUNN**

November 16, 2023
Page 2

of "The hosts in *Live PD* should be seated at a table because television hosts always sit at a desk" or "*Live PD* is just like *Cops* but live" would be treated as responsive.

### III.    Defendants' Request for Production No. 47

A&E will consider Defendants' proposal that non-privileged documents and communications concerning legal positions taken by A&E about the copyrightability or protectability of any reality or documentary television show should be produced but privileged documents would not need to be logged.

### IV.    Privilege Logs

With respect to your first proposal, we agree with your proposal that privileged communications between clients and either inside counsel involved in the litigation or outside counsel need not be logged following the date of the filing of the complaint.

With respect to your second proposal, we agree to the use of categorical privilege logs. We further agree that the parties need not log documents that are redacted and marked privileged, provided we agree that the redactions will be only to the substance of the communications and will not obscure the To/From/Cc and Date/Time lines. We reserve our rights to request further log-related information on a case by case basis if either party requires more information about a particular redacted document that is not otherwise apparent from the face of the redacted document.

With respect to your third proposal, we agree to a deadline for privilege logs 21 days after substantial completion of document production.

Defendants reserve all rights.

Sincerely,

*/s/ Ilissa Samplin*