# EXHIBIT 6

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 1:22-cv-07411(KPF)

- - - - - - - - - - - - - - - - - - - x

A & E TELEVISION NETWORKS, LLC,

                    Plaintiff,

        - against -

BIG FISH ENTERTAINMENT, LLC, HALF

MOON PICTURES, LLC, and

REELZCHANNEL, LLC,

                    Defendants.

- - - - - - - - - - - - - - - - - - - x

VIDEO RECORDED DEPOSITION of HENRY HOBERMAN, ESQ., a 30(b)(6) Witness for Plaintiff herein, taken by the Defendants, held at the offices of Gibson Dunn & Crutcher, LLP, 200 Park Avenue, New York, New York, before Sara K. Killian, a Registered Professional Reporter, Realtime Certified Reporter and Notary Public, commencing at 9:51 p.m., April 10, 2024.

JOB No. 6645084

PAGES 1 - 335

Page 1

THE VIDEOGRAPHER:  We are going on the record at 9:51 a.m. on April 10th, 2024.

This is media unit one of the video recorded deposition of Henry Hoberman, taken by counsel for the defendants in the matter of A & E Television Networks LLC versus Big Fish Entertainment LLC, et al.  This case is filed in the United States District Court for the Southern District of New York.

My name is Deverell Write, representing Veritext Legal Solutions. The court reporter is Sara Killian from Veritext Legal Solutions.

At this time, will counsel please note appearances?

MR. SNYDER:  Orin Snyder, Doran Satanove and Daniel Flores from MGM.

MR. YOHAI:  David Yohai and with me, Olivia Roche of Weil Gotshal on behalf of the plaintiff.

THE WITNESS:  Will the court

Page 4

reporter please swear in the witness?

H E N R Y  H O B E R M A N, after having first been duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

THE COURT REPORTER:  Please state your name for the record.

THE WITNESS:  Henry Hoberman, 235 45th Street, New York, New York.

EXAMINATION BY

MR. SNYDER:

Q.     Good morning, sir.

A.     Good morning.

Q.     Anything -- any reason why you can't give your best, clearest, truthful testimony today?

A.     No, sir.

Q.     All right.

I know you are a seasoned lawyer, you've attended many depositions in this case and otherwise, so I take it you have no questions about today's proceeding in terms of process?

A.     No.

Q.     All right.

Page 5

H. Hoberman

If at any time you don't understand a question, will you ask me to rephrase it?

A.    Certainly.

Q.    Okay.

Am I correct that you've attended numerous depositions in this case?

A.    Yes.

Q.    Heard the testimony, correct?

A.    I'm sorry?

Q.    You heard the testimony at those depositions?  You listened to the testimony?

A.    Yes.

Q.    For example, you attended the testimony of Paul Buccieri -- the deposition of Paul Buccieri last week, correct?

A.    Yes.  I'm the Chief Legal and Business Affairs Officer of A & E Networks, and I was at that deposition in my capacity representing A & E.

Q.    If you could just explain to us briefly what difference, if any, those two roles are at the company, the Chief Legal

Page 6

H. Hoberman

Officer and then Chief Business Affairs Officer?

A.    Sure.  Chief -- well, my job encompasses supervising legal affairs and business affairs.

Q.    Legal affairs would include, for example, overseeing this lawsuit that your company brought against my clients, correct?

A.    Yes.

Q.    Business affairs would include, for example, overseeing contractual negotiations between your company on the one hand and counterparties on the other, correct?

A.    That's part of my responsibility.  Business affairs -- let me just be clear.  Business affairs is a group of lawyers who negotiate deals for the company and I do oversee that group, yes.

Q.    There are also non-lawyers who negotiate contracts in the business affairs groups at A & E, correct?

A.    There's one that I know of,

Page 7

H. Hoberman

yes.

Q.      Okay.

The business affairs lawyers in your mind when they're negotiating contracts with counterparties are performing a business function or a legal function?

A.      I'm sorry.  I'm having trouble hearing you.  Could you speak up a little bit, please?

Q.      Sure.  Yes.  Sorry.

The Business Affair lawyers in your company when they're negotiating contracts with counterparties, are they performing a business function or legal function?

A.      Legal.

Q.      My understanding is that you've been designated as A & E's corporate representative, as a 30(b)(6) witness with respect to certain topics.

Is that correct?

A.      Yes, sir.

MR. SNYDER:  Okay.

I'm not going to go over this

Page 8

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CERTIFICATION

I, SARA K. KILLIAN, RPR, RCR, CCR, do hereby certify that HENRY HOBERMAN, the witness whose examination under oath is hereinbefore set forth, was duly sworn, and that such deposition is a true record of the testimony given by such witness.

I FURTHER CERTIFY that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 10th day of April, 2024.

SARA K. KILLIAN, RPR, RCR, CCR

Page 333