# EXHIBIT 7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------- x

A&E TELEVISION NETWORKS, LLC,

     Plaintiff,

-against-

BIG FISH ENTERTAINMENT, LLC, HALF MOON

PICTURES, LLC, and REELZCHANNEL, LLC,

    Defendants.

       CASE NO. 22-CV-07411-KPF

----------------------------------------------- x

         **HIGHLY CONFIDENTIAL**

              March 28, 2024

              9:34 a.m.

    DEPOSITION of MAGGIE REILLY-BROOKS, held at the office of Gibson Dunn & Crutcher, LLP, 200 Park Avenue, New York, New York, taken pursuant to 30(b)(6) Notice, before Fran Insley, a Notary Public of the States of New York and New Jersey.

Page 1

HIGHLY CONFIDENTIAL

REILLY-BROOKS - HIGHLY CONFIDENTIAL

documentaries, some Lifetime movies and I also                9:36:54AM

oversee work that the factual studios does and                9:37:02AM

marketing promotional questions, things like                  9:37:07AM

that.                                                         9:37:11AM

Q.    What was your position at A&E                           9:37:11AM

Television Networks prior to January 23 when                  9:37:13AM

you took on this position?                                    9:37:16AM

A.    I was senior vice president deputy                      9:37:17AM

general counsel of legal and business affairs.                9:37:20AM

Q.    And during what period of time were                     9:37:22AM

you the senior vice president and deputy                      9:37:24AM

general counsel of legal and business affairs?                9:37:27AM

A.    At least ten years.                                     9:37:30AM

Q.    So, from as early as 2013 through                       9:37:33AM

January of 2023, roughly speaking, you were in                9:37:40AM

the position of senior VP of and deputy general               9:37:43AM

counsel of legal and business affairs?                        9:37:48AM

A.    That's correct.                                         9:37:50AM

Q.    In that time period, what was --                        9:37:50AM

what were your job responsibilities as the                    9:37:52AM

senior vice president and deputy general                      9:37:56AM

counsel of legal and business affairs?                        9:37:58AM

A.    Primarily the same except we didn't                     9:38:01AM

have a factual studios until somewhere maybe                  9:38:02AM

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL

REILLY-BROOKS - HIGHLY CONFIDENTIAL

six years ago.                                          9:38:09AM

Q.   Did you say factual studios?                 9:38:12AM

A.   Factual studios.  It's an in-house           9:38:14AM

production unit, a wholly owned subsidiary of     9:38:16AM

A&E Television Networks.                           9:38:22AM

Q.   Have you been deposed before?                9:38:29AM

A.   Yes.                                          9:38:31AM

Q.   Approximately how many times?                9:38:32AM

A.   Once.                                         9:38:34AM

Q.   Was that in a matter relating to             9:38:35AM

your business or personal matter?                 9:38:37AM

A.   Business.                                     9:38:39AM

Q.   Can you broadly describe the matter          9:38:41AM

in which you testified at the deposition?         9:38:43AM

A.    It was at least 15 years ago and I          9:38:46AM

believe, but I'm not certain, that A&E was not    9:38:49AM

actually a defendant or a plaintiff.  We were     9:38:53AM

just a third party that was brought in to         9:38:56AM

answer questions.                                 9:38:59AM

Q.   Am I correct that you have not               9:39:01AM

testified as a 30(b)(6) corporate                 9:39:02AM

representative before?                            9:39:04AM

A.   I believe that's correct.                    9:39:06AM

Q.   Is there any reason why you can't            9:39:09AM

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

C E R T I F I C A T E

I, FRAN INSLEY, hereby certify that the Deposition of MAGGIE REILLY-BROOKS was held before me on the 28th day of March, 2024; that said witness was duly sworn before the commencement of testimony; that the testimony was taken stenographically by myself and then transcribed by myself; that the party was represented by counsel as appears herein;

That the within transcript is a true record of the Deposition of said witness;

That I am not connected by blood or marriage with any of the parties; that I am not interested directly or indirectly in the outcome of this matter; that I am not in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 2nd day of April, 2024.


FRAN INSLEY

Page 213