UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A&E TELEVISION NETWORKS, LLC,

        Plaintiff,

v.

BIG FISH ENTERTAINMENT, LLC, HALF MOON PICTURES, LLC, and REELZCHANNEL, LLC,

        Defendants.

---

Civil Action No. 1:22-cv-07411-KPF

**DEFENDANTS' STATEMENT OF MATERIAL FACTS PURSUANT TO LOCAL CIVIL RULE 56.1 IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendants Big Fish Entertainment LLC ("Big Fish"), Half Moon Pictures, LLC ("Half Moon"), and ReelzChannel, LLC ("REELZ") (collectively, "Defendants") submit this Statement pursuant to Local Civil Rule 56.1 in support of their Motion for Summary Judgment, to set forth the material facts as to which there is no genuine issue to be tried:

    **A.**    **The *Live PD* Series Agreement**

    1.    In July 2016, AETN and Big Fish began negotiating the *Live PD* Production Series Agreement (the "*Live PD* Series Agreement" or "Series Agreement"), pursuant to which AETN paid Big Fish to produce episodes of the series. Ex. 1[1] at AETN0023640.

    2.    After exchanging several drafts of the Series Agreement, the parties executed the final version on September 29, 2016, with an effective date of July 29, 2016. Exs. 1, 2, 3, 4 (executed version).

---

[1] Unless otherwise noted, citations to "Ex. __" refer to the Declaration of Doran J. Satanove filed in support of Defendants' Motion.

3. Section 2(f) of the Series Agreement states:

> Producer is prohibited from authorizing the telecast of any program(s) produced by Producer substantially similar in content and format to the Series (i.e., a "live" television series following police units around the country, with hosts in studio to guide the action, and pre-produced packages about the cops/areas/hot cases during moments of quiet) until the end of the one (1) year period commencing on delivery of the telecast master of the final Episode produced and delivered by Producer hereunder without AETN's prior written consent, except as specifically permitted pursuant to the terms hereof.

Ex. 4 at BIGFISH000011400 (§ 2(f)).

4. AETN's Chief Legal Officer, Henry Hoberman, testified that Section 2(f) in the *Live PD* Series Agreement permitted Big Fish to make a certain show after the one-year period referenced in Section 2(f). Ex. 5 at 296:11-297:2 ("I can tell you that your client [Big Fish] was permitted to make a show . . . a live television series following police units around the country with hosts in the studio to guide the action and prepackaged packages about the cops, areas, hot cases during moments of quiet.").

5. AETN testified through its corporate representative on AETN's understanding and interpretation of Section 2(f) of the Series Agreement, Maggie Reilly-Brooks (AETN's Senior Vice President and Deputy General Counsel), that Section 2(f) "is strictly a prohibition that [Big Fish] is under that while they are producing an active series for [AETN]," Big Fish "can't create a show that would be competitive to [AETN] through the period for one year after the premiere of our last episode." Ex. 6 at 97:14-98:14.

6. AETN testified through its corporate representative, Maggie Reilly-Brooks, that the language "substantially similar" in Section 2(f) of the Series Agreement means "the same look and feel." Ex 6 at 99:12-100:6 ("Q. Would you agree that 2F prohibits the producer from authorizing the telecast of any program produced by that producer substantially similar in content and format to the series? A. Correct, program or programs, yes, correct. Q. So, having signed this LivePD [Series] Agreement, in 2016 with this restriction in paragraph 2F extending for the one-year time

2

period as described in that provision, how would A&E Television Networks determine if a program produced by the producer fell within the scope of that 2F provision or didn't? . . . A. If it had the same look and feel of the series."); Ex. 6 at 100:12-19 ("Q. Is it your testimony that paragraph 2F of the LivePD [Series] Agreement imposes a restriction on the producer in creating a program with the same look and feel as LivePD? A. During the period that is production through one year of delivery of the last episode, yes.").

7. AETN testified through its corporate representative, Maggie Reilly-Brooks, that "[d]uring the period that is production through one year of delivery of the last episode," Section 2(f) of the Series Agreement prevented Big Fish from "creating a program with the same look and feel as LivePD." Ex 6 at 100:12-19.

8. AETN testified through its corporate representative, Maggie Reilly-Brooks, that the word "content" in Section 2(f) refers to "the filming of the various police units," and includes "[t]he live filming." Ex 6 at 78:8-79:6.

9. AETN's industry expert, Jody Zucker, stated in his expert report that Section 2(f) of the Series Agreement provided Big Fish "the ability to produce a substantially similar show" to *Live PD*. Ex. 7 ¶ 62.

10. AETN's industry expert, Jody Zucker, testified that the prohibition referenced in Section 2(f) of the Series Agreement ended as of the one-year period. Ex. 8 at 104:2-6 ("Q. And then for the time period following one year after the delivery of the telecast master on the final episode, there is no prohibition at all? A. That prohibition would expire.").

11. Big Fish's rights under the *Live PD* Series Agreement (attached as Exhibit 4 to the Declaration of Doran Satanove filed in support of this Motion) were assigned to Half Moon,

3

pursuant to Section 23 of the Agreement. Decl. of Ethan Cohan in Supp. of Defs.' Mot. for Summary Judgment ¶ 6.

**B.   *Live PD* Airs from 2016-2020**

12.   On October 28, 2016, the first *Live PD* episode aired. Ex. 9 at 1; Ex. 10 (AETN0024585) (*see* Tab, "Live PD," Row 1274 (identifying episode 1, air date 12/13/2016)).

13.   The "live" element of *Live PD*'s filming officers on patrol was important to viewers and advertisers. *See* Ex. 11 at 90:14-17; 92:25-93:2 (AETN President of Distribution David Zagin testifying "consumers enjoyed … the element of surprise in live programming and not knowing what the outcome will be," and that "[t]he live element was really a very important aspect" of the *Live PD* series); Ex. 12 at 35:16-36:6 (AETN's Rob Sharenow testifying that the fact that *Live PD* aired live footage as it unfolded was important because it "offered the promise of the content being unfiltered" to consumers, and "substantially change[d] the nature of what the viewer was seeing"); Ex. 13 at 38:9-39:13 (AETN's Senior Vice President of Sales Revenue Management, Michael Peretz, testifying that the live aspect of *Live PD* is "hugely important in the advertiser space" because there is significant demand for shows with "live appeal."); Ex. 14 at 90:7-12 (AETN's Sean Gottlieb, former Executive Producer of *Live PD*, testifying that viewers "prefer[]" the live action to the in-studio time of *Live PD*).

14.   The "vast majority" of each three-hour *Live PD* episode consists of live police footage. Ex. 15 ¶ 38.

15.   On May 23, 2020, the final episode of *Live PD* aired. Ex. 10 (AETN0024585) (*see* Native Excel, Tab "Live PD," Row 636 (episode 298, 5/23/2020 at 9:00 PM)).

16.   On June 10, 2020, AETN released a public statement announcing that it had "made the decision to cease production on *Live PD*." Ex. 16 at AETN0000485.

4

17. On August 18, 2020, AETN and Big Fish executed Amendment 90 to the Series Agreement, terminating production of *Live PD* and four of its spin-offs. Ex. 17 at AETN0001421 ("[U]ntil such time as a subsequent agreement is reached and set forth in contractual terms between the Parties, all production commitments and production obligations . . . are terminated.").

18. As of August 2020, *Live PD* was not in AETN's "current immediate rebuil[t] plan." Ex. 18 at AETN0012127.

19. On or around August 28, 2020, Dan Cesareo of Big Fish and Stan Hubbard, the CEO of Reelz, had a phone call in which Cesareo made clear to Hubbard that Big Fish was "committed to setting the show back up on [AETN]" at the time. Ex. 19; Ex. 20 at 226:10-24.

20. On or around August 28, 2020, Cesareo was "very clear" to Dan Abrams that "until the one-year embargo was up" under the *Live PD* Series Agreement, Big Fish "could never make a live police show elsewhere and that our commitment was actually figuring out a way to stand it back up on A&E." Ex 20 at 227:3-14.

21. As of September 16, 2020, AETN was "still in the position of no immediate plans to bring [Live PD] back." Ex. 21 at AETN0015367.

22. By February 23, 2021, AETN was planning to "write off Live PD and all spin-offs" for the 2021 fiscal year. Ex. 22 at AETN0012075.

23. Big Fish's Dan Cesareo "was told adamantly a half dozen times that the show would never come back on [AETN]" by AETN's President, Paul Buccieri, and its President of Programming, Rob Sharenow. Ex. 20 at 120:8-24; 277:6-8.

24. On September 16, 2021, Dan Cesareo contacted Stanley Hubbard, CEO of REELZ, to "circle back" and "see if [Hubbard] w[as] interested in having a LPD convo." Ex. 23 at BIGFISH000008524.

25. By October 2021, Big Fish had begun negotiating with REELZ to produce a live police show. Ex. 24 at REELZ000025038

## II. The Parties Negotiate Over A *Live PD* Title and Trademark License

26. On Monday, March 21, 2022, Big Fish's Dan Cesareo told members of Big Fish's parent company, MGM, that AETN's Paul Buccieri and Henry Hoberman had contacted him the previous Friday. Ex. 25 at BIGFISH000003337.

27. On March 21, 2022, Cesareo told MGM that AETN's Buccieri and Hoberman appeared to have been "tipped . . . off" that Big Fish was "about to sell a Live Police Show," and that "A&E wants to license the title and library of Live PD" to Big Fish. Ex. 25.

28. On April 11, 2022, Henry Hoberman introduced AETN's Head of Global Sales (Steve MacDonald) to Big Fish's Dan Cesareo, and Ethan Cohan (Big Fish's outside transactional counsel) regarding a "LPD title license conversation." Ex. 26 at AETN0004833.

29. On April 15, 2022, Defendants Half Moon and REELZ executed a series agreement, pursuant to which Half Moon would produce episodes of an "Untitled Live Police Show" to air on the REELZ channel. Ex. 27 at REELZ000012872.

30. In a May 12, 2022 email with the subject line "Live PD title/marks proposal," Ethan Cohan (Big Fish's outside counsel), memorialized a proposal he discussed with AETN's Henry Hoberman earlier that day, about a potential license from AETN to Big Fish for the *Live PD* title and trademarks for use in a live police show to air on REELZ. Ex. 28 at AETN0004817.

31. The May 12, 2022 proposal between AETN and Big Fish describes terms "[f]or Big Fish's right to use the Live PD title and all related marks (inclusive of logo, key art, music, etc.) in and in connection with Big Fish's production of a possible live police series (inclusive of spin-offs)," for "Reelz." Ex. 28 at AETN0004817.

6

32. "Key art," as referenced in the proposal, refers to the set of photography and other graphic and visual assets that are used by a television in various consumer touchpoints, such as press and marketing. Ex. 29 at 281:8-12 (testimony of AETN's Elaine Frontain-Bryant (Executive Vice President and Head of Programming) regarding the meaning of "key art").

33. Among the terms in Big Fish's May 12 proposal was that AETN would "have the right to broadcast 4 specials/per year (Friday and Saturday nights time protected and cannot air against any other live original episode night, if any), to be produced by Big Fish," and that "AETN must cross promote to the series on Reelz." Ex. 28 at AETN0004817.

34. In addition, the May 12 proposal noted AETN and Big Fish would "continue with good faith discussion" regarding a potential license to the *Live PD* library of past episodes. Ex. 28. ("Re the library, we will continue with good faith discussion. As noted, the timing on the above is limited so makes sense to address just the title piece now and see if we are in agreement as anything re the library will take more time and will have more complexities.").

35. The May 12, 2022 proposal did not reference *Live PD* copyrights. *See* Ex. 28.

36. On May 26, 2022, AETN sent Big Fish a more formal written proposal for licensing the *Live PD* marks and title, which again defined "Marks" as "the LIVE PD trademark and related marks (logo, key art, music)." Ex. 30 at AETN0004863.

37. The May 26, 2022 proposal did not reference *Live PD* copyrights. *See* Ex. 30.

38. On May 31, 2022, Big Fish responded to AETN's May 26 proposal with revisions, noting in its cover email transmitting the revisions: "we are a bit past where Reelz wanted to be in terms of knowing affirmatively what we were going to be able to do here, but they agreed with us that better to continue the conversation and see if we can get somewhere before time truly shuts the door on us." Ex. 31 at COHAN000002897.

39. Big Fish's May 31, 2022 revisions to AETN's May 26, 2022 proposal did not reference *Live PD* copyrights. Ex. 31 at COHAN000002899-2901.

40. On June 15, 2022, AETN responded to Big Fish with a revised proposal that stated the proposed deal terms were in exchange for "AETN's limited grant of rights to use the LIVE PD Marks (e.g., logo, key art, music)." Ex. 32 at AETN0006750.

41. AETN's June 15, 2022 revised proposal to Big Fish did not reference *Live PD* copyrights. *See* Ex. 32.

42. AETN's June 15, 2022 revised proposal to Big Fish noted under "LIBRARY PROGRAMMING" that "The parties have agreed to continue discussions." Ex. 32 at AETN0006751.

43. On June 16, June 17, June 22, and June 24, 2022, the parties continued to exchange drafts of the proposal concerning the *Live PD* title and trademarks. Exs. 33-36.

44. The terms in each of the June 16, June 17, June 22, and June 24, 2022 draft proposals were for "AETN's limited grant of rights to use the LIVE PD Marks (e.g., logo, key art, music)." Ex. 33 at AETN0012920; Ex. 34 at AETN0013869; Ex. 35 at AETN0003839; Ex. 36 at AETN0003780.

45. None of the June 16, June 17, June 22, and June 24, 2022 draft proposals referenced *Live PD* copyrights. *See* Exs. 33-36.

46. Each of the June 16, June 17, June 22, and June 24, 2022 draft proposals stated that AETN would have an option to require Big Fish to produce episodes for AETN during the term of the contemplated agreement that used the *Live PD* Marks, as defined in the proposals. Ex. 33 at AETN0012921; Ex. 34 at AETN0013871; Ex. 35 at AETN0003842; Ex. 36 at AETN0003783.

47. AETN's option to commission more episodes of *Live PD* for its own network would have been the version Big Fish was producing for REELZ. Ex. 6 at 141:2-12 ("Q. With respect to the specials that are addressed [in] . . . the proposal that A&E Television Networks sent to Big Fish's counsel on May 26, 2022, what did you understand the content of those specials to be? A. They would have been LivePD specials. Q. What do you mean by LivePD specials? A. Whatever the program would look like in this iteration, they would be produced.").

48. AETN's Vice President, Intellectual Property Counsel, Christian Palmieri, has never used the term "Marks" to include copyrights. Ex. 37 at 7:4-8:24, 91:16-19.

49. AETN testified through its corporate designee on the negotiations between AETN and Big Fish concerning the licensing of *Live PD*'s title and trademark rights (Henry Hoberman) that copyrights and trademarks are separate and distinct concepts in the U.S. Constitution. Ex. 5 at 212:7-213:5.

50. On July 14, 2022, AETN and Big Fish continued to discuss their proposals, but were unable to reach agreement. Ex. 38.

51. AETN has never spent any money to bring *Live PD* back on the air. Ex. 39 at 69:11-15 (AETN's interim CFO, Art Vomvas, and corporate designee on the revenues and profits derived from AETN's exploitation of *Live PD*, testifying he was "not aware of any event, no," in which AETN "has spent any money to bring *Live PD* back on the air.").

### III.  Promotion and Broadcast of *On Patrol: Live*

52. Until the title for the live police series to be produced on REELZ was confirmed, Defendants referred to the show internally by different working titles, as well as "Untitled Police Show." Ex. 40 at REELZ000024413.

53. "PD Live" was one working title used internally to refer to the show before "On Patrol: Live" was ultimately selected. Ex. 40 at REELZ000024412.

54. "PD Live" was never used with potential viewers to refer to the show that would become *On Patrol: Live*. Decl. of Steven Cheskin in Supp. of Defs.' Mot. for Summary Judgment ("Cheskin Decl.") ¶ 6.

55. "PD Live" was rejected as a potential title for *On Patrol: Live* before AETN sent any cease and desist letters to Defendants. Ex. 41 at 185:2-7.

56. "PD Live" was rejected as a title because Defendants thought it would be "confusing" to title the show with "something that seemed derivative" of "Live PD." Ex. 41 at 184:13-22.

57. "PD Live" was also rejected because Defendants believed "PD Live" would be "less exciting." Ex. 41 at 184:13-22.

58. During the Spring and Summer of 2022, the working title of *On Patrol: Live* was "Live Police." Ex. 41 at 174:2-5; Ex. 42.

59. On June 7, 2022, Big Fish and MGM executives discussed potential titles for *On Patrol: Live*, which, at the time, was still untitled; three potential titles were being considered, namely, "Live On Patrol," "On Patrol: Live," and "PD Nation." Ex. 41 at 174:2-5; Ex. 43 at BIGFISH000008792-8793.

60. On June 7, 2022, "On Patrol: Live" became the working title for *On Patrol: Live*. Ex. 44 at BIGFISH000007500-7501; Ex. 41 at 189:11-190:8.

61. It was important to Reelz that viewers understood that *On Patrol: Live* was broadcast on Reelz so that viewers would know how to tune into the show. Cheskin Decl. ¶¶ 3–4.

62. On June 8, 2022, press outlets published articles related to the upcoming premier of *On Patrol: Live*. *See, e.g.*, Ex. 45 (Wall Street Journal published an article titled, "'Live PD' Is Coming Back on TV This Summer as 'On Patrol: Live.'"); Ex. 46 (The Hollywood Reporter published an article titled, "'Live PD' Revived at Reelz, Producer Dan Abrams Says 'Environment Has Changed' Since 2020 Cancellation.").

63. On June 8, 2022, Dan Abrams posted to his personal Twitter account: "For those who can't get behind the paywall, the WSJ headline is 'Live PD is coming back this summer as 'On Patrol Live' @ReelzChannel. The show will be back on Friday and Saturday nights sometime later this summer! (And the name is a 'working' title)." Ex. 47.

64. Abrams "wrote and posted [this] Tweet [him]self." Ex. 48 at 171:24-172:2.

65. Abrams posted this Tweet because he "wanted the public to know that On Patrol: Live was going to be on the air" and that "On Patrol: Live would be on ReelzChannel . . . on Friday and Saturday nights sometime later [that] summer and that the name [was] a working title." Ex. 48 at 172:15-16, 172:20-23.

66. Also on June 8, 2022, REELZ published a press release with the headline, "From the Producers of Live PD, On Patrol: Live (w/t) Heads to Television This Summer on REELZ." Ex. 49 at BIGFISH000006633.

67. The first line of the press release stated that "new series ON PATROL: LIVE (w/t), from the producers of 'Live PD,' is set to premiere this summer, live, Friday and Saturday nights from 9 pm to 12 am ET on REELZ." Ex. 49 at BIGFISH000006633.

68. In this June 8, 2022 press release, REELZ described *On Patrol: Live* as "build[ing] on REELZ's commitment to original programming focused on real stories and real lives, and

11

bring[ing] significant new live original programming to its viewers nationwide." Ex. 49 at BIGFISH000006633.

69. The June 8, 2022 press release quoted Stan Hubbard as saying that "REELZ is the perfect home for ON PATROL: LIVE." Ex. 49 at BIGFISH000006633.

70. This June 8, 2022 press release also included a half-page section describing REELZ and advising the public how they could access REELZ. Ex. 49 at BIGFISH000006634-6635.

71. On June 22, 2022, REELZ published a press release with the headline, "On Patrol: Live (w/t) Premiers Friday, July 22 on REELZ." Ex. 50 at REELZ000005794.

72. The first paragraph of the June 22, 2022 press release stated that "REELZ today announced new series On Patrol: Live premieres on Friday, July 22 at 9pm ET/ PT." Ex. 50 at REELZ000005794.

73. The June 22, 2022 press release also included a half-page section describing Reelz and advising the public how they could access Reelz. Ex. 50 at REELZ000005795.

74. Also on June 22, 2022, the official REELZ Twitter account, @ReelzChannel, published a Tweet stating, "You've all been asking, and here it is! On Patrol: Live debuts JULY 22, only on #Reelz! #OPLive #OPNation#OnPatrolLive." Ex. 51 at BIGFISH000014067.

75. On July 20, 2022, the New York Post published an article entitled, "The Reelz deal: 'Live PD' returns as 'On Patrol: Live' two years after being cancelled." Ex. 52.

76. Also on July 20, 2022, Dan Abrams posted a link to the New York Post article on is personal Twitter account, along with a Tweet stating, "From @nypost "Live PD' is back as 'On Patrol: Live' two years after being canceled." Ex. 53.

77. On July 19, 2022, as part of REELZ's social media strategy for *On Patrol: Live*, a document entitled "Scenario Response Guidelines, *On Patrol: Live* War Room" was circulated to REELZ employees. Ex. 54 at REELZ000019908; Ex. 55 at REELZ000019910.

78. REELZ told employees to not perpetuate anything related to the show being "back." Ex. 55 at REELZ000019917 (when addressing "[p]eople who are excited that the show is 'back,'" REELZ employees were instructed to respond that "[t]his is a new show," so as to not "perpetuate the rumor that [*On Patrol: Live*] is a reboot of Live PD").

79. On July 22, 2022, the first episode of *On Patrol: Live* aired. Ex. 50 at REELZ000005794.

80. Just before the first episode of *On Patrol: Live* was released on July 22, 2022, the official REELZ Twitter account, @ReelzChannel, published a Tweet stating, "IT'S ALL HAPPENING IN JUST SEVEN MINUTES! #OnPatrolLive #OPLive #OPNation." Ex. 56.

81. After the first episode aired, *On Patrol: Live* was the second most popular topic trending on Twitter on July 22, 2022. Ex. 57.

82. After the first *On Patrol: Live* episode aired, there were over 200 visits per second to the website for *On Patrol: Live*, OPLive.com, and over 440,000 cataloged visits to REELZ's website, REELZ.com. Ex. 57.

IV. **AETN's "LIVE PD" Mark**

83. The launch of *On Patrol: Live* increased "buzz for *Live PD*" and created a "potential impact for the series where it still resides within the A&E ecosystem." Ex. 58 at AETN0003518.

84. Outside of what is alleged in the Complaint, AETN testified through its corporate representative on its claims of consumer confusion that AETN cannot recall specific examples of consumer confusion between *On Patrol: Live* and *Live PD*. Ex. 37 at 204:7-205:18.

13

85. AETN testified through its corporate representative on its claims of consumer confusion that AETN did not speak to any social media users who posted messages that purportedly demonstrated confusion between *On Patrol: Live* and *Live PD*. Ex. 37 at 190:17-23.

86. AETN did not identify in its Rule 26(a)(1) disclosures in this action any social media users who posted messages that purportedly demonstrated confusion between *On Patrol: Live* and *Live PD*. Ex. 59.

87. AETN testified through its corporate representative on its claims of consumer confusion that it does not know whether any purported confusion expressed in social media posts was caused by Dan Abrams' July 20, 2022 post on Twitter. Ex. 37 at 179:3-7, 180:22-181:9.

88. When AETN testified through its corporate representative on its claims of consumer confusion, AETN was unable to cite any specific examples of confusion purportedly caused by this Twitter post. Ex. 37 at 181:10-16.

89. AETN recognized that confusion about the connection between *On: Patrol Live* and *Live PD* was caused by third-party press outlets. Ex. 37 at 178:17-24.

90. AETN has not conducted any analysis to determine whether its "LIVE PD" mark has been diminished over time. Ex. 37 at 173:25-174:11.

91. The only way in which AETN exploits its "LIVE PD" mark is through the maintenance of old clips of *Live PD* on a YouTube channel. Ex. 37 at 42:7-14.

92. There are no full episodes of *Live PD* posted on this YouTube channel. *See* Ex. 60 (https://youtube.com/playlist?list=PLcviVtB85dLwp3cUw85eBJEPK8SwpNMBC&si=dv8tnVcw2-PFBRoH)

93. Viewers of *On Patrol: Live* are dedicated members of an active fanbase. Cheskin Decl. ¶ 7.

94. Viewers of *On Patrol: Live* refer to themselves as "#OPNation" on social media. Cheskin Decl. ¶ 7.

95. ████████████████████████████████████████████████████████

96. ████████████████████████████████████████████████████████

97. ████████████████████████████████████████████████████████

98. ████████████████████████████████████████████████████████

99. ████████████████████████████████████████████████████████

100. ███████████████████████████████████████████████████████

## V.    AETN's *Live PD* Copyrights

101. On July 25, 2022—three days after the first episode of *On Patrol: Live* aired—AETN registered copyrights in 24 episodes of *Live PD*. Ex. 62 (Compl. Ex. A).

102. AETN lodged the 24 copyrighted episodes of *Live PD* with the Court as Exhibit C to its Complaint (Dkt. 1-3), which include the following: (1) Season 1, Episode 1 "10.28.16"; (2) Season 1, Episode 2 "11.04.16"; (3) Season 1, Episode 3 "11.11.16"; (4) Season 1, Episode 60 "08.12.17"; (5) Season 1, Episode 61 "08.18.17"; (6) Season 1, Episode 62 "08.19.17"; (7) Season 2, Episode 63 "10.06.17"; (8) Season 2, Episode 64 "10.07.17"; (9) Season 2, Episode 65 "10.13.17"; (10) Season 2, Episode 141 "08.18.18"; (11) Season 2, Episode 142 "08.24.18"; (12)

15

Season 3, Episode 143 "08.25.18"; (13) Season 3, Episode 144 "09.21.18"; (14) Season 3, Episode 145 "09.22.18"; (15) Season 3, Episode 146 "09.28.18"; (16) Season 3, Episode 231 "08.17.19"; (17) Season 3, Episode 232 "08.23.19"; (18) Season 3, Episode 233 "08.24.19"; (19) Season 4, Episode 234 "09.20.19"; (20) Season 3, Episode 235 "09.21.19"; (21) Season 4, Episode 236 "09.27.19"; (22) Season 4, Episode 296 "05.16.20"; (23) Season 4, Episode 297 "05.22.20"; (24) Season 4, Episode 298 "05.23.20". Ex. 62.

## VI. Defendants' Changes to *On Patrol: Live*

103. Beginning with Episode 99 on Friday, July 28, 2023 (part of the 100th episode weekend), Defendants introduced a number of changes to *On Patrol: Live*, which continued through the present, including through Episode 232 (the final episode of the series' third cycle). Ex. 15 at 40; Ex. 64 (Def. Big Fish Entertainment LLC's Amended R&Os to Pl.'s Second Set of Interrogatories ("R&Os to Second Rogs") at 15-29).[2]

104. A representative sample of *On Patrol: Live* episodes before and after the changes were made beginning with Episode 99 are identified in the below table.

| Exhibit # | Bates | OPL Series Episode Number | OPL Season Episode Number | OPL Episode Date |
|---|---|---|---|---|
| 65 | BIGFISH000006466 | 35 | Season 1 Episode 35 | November 18, 2022 |
| 66 | BIGFISH000006506 | 57 | Season 1 Episode 37 | November 25, 2022 |
| 67 | BIGFISH000006419 | 86 | Season 1 Episode 86 | June 2, 2023 |
| 68 | BIGFISH000006424 | 90 | Season 1 Episode 90 | June 17, 2023 |
| 69 | BIGFISH000006531 | 100 | Season 2 Episode 4 | July 29, 2023 |

---

[2] Big Fish's amended responses and objections to Plaintiff's second set of interrogatories are substantively identical to Half Moon and Reelz's amended responses and objections to Plaintiff's second set of interrogatories. Accordingly, all citations to Big Fish's responses and objections should be understood to refer to the responses and objections of all defendants.

| 70 | BIGFISH000006430 | 103 | Season 2 Episode 7 | August 11, 2023 |
| 71 | BIGFISH000006433 | 109 | Season 2 Episode 13 | September 15, 2023 |
| 72 | BIGFISH000006440 | 115 | Season 2 Episode 19 | October 6, 2023 |

105. Starting with Episode 99 of *On Patrol: Live*, the music was changed and now has a bolder, more dynamic, more "marching band" sound. Ex. 64 at 15, 19, 24, 29; Ex. 15 ¶ 123.

106. Starting with Episode 99 of *On Patrol: Live*, the disclaimer text was changed and is now in a new font and on a dynamic grey background, rather than a static black background. Ex. 64 at 15, 24; Ex. 15 ¶ 124; Ex. 73 at 34.

107. Starting with Episode 99 of *On Patrol: Live*, Sgt. Larkin is no longer a regular co-host of *On Patrol Live*; instead, a rotating pool of guests such as Capt. Kory Flowers, Sgt. Mike Bryant, and Chief Will Armstrong have filled Larkin's chair. Ex. 64 at 11, 20.

108. Starting with Episode 99 of *On Patrol: Live*, the configuration of the hosts is changed, with Dan Abrams now screen right, and the desk has been brought downstage and reconfigured to reverse the angles. Ex. 64 at 16, 25; Ex. 15 ¶ 117; Ex. 73 at 20; Ex. 74 at 441:23-25, 442:5-13.

109. Starting with Episode 99 of *On Patrol: Live*, the hosts now have red metal Solo cups (with no handle). Ex. 64 at 18-19, 28; Ex. 15 ¶ 117; Ex. 73 at 20.

110. Starting with Episode 99 of *On Patrol: Live*, the set and lighting have changed, with silver, yellow, and white lights in the studio instead of red and blue lights. Ex. 64 at 24; Ex. 15 ¶ 117; Ex. 73 at 34.

111.    Starting with Episode 99 of *On Patrol: Live*, the "Crime of the Week" segment was removed and replaced with a segment titled "Triple Play" featuring three crime clips selected by the audience. Ex. 64 at 12, 21-22; Ex. 15 ¶ 122.

112.    Starting with Episode 99 of *On Patrol: Live*, the "Wanted List" segment was branded "BOLO" (an abbreviation for "Be On the Look-Out"). Ex. 64 at 13, 23; Ex. 15 ¶ 122.

113.    Starting with Episode 99 of *On Patrol: Live*, the officer's name and department now appear with a horizontal left-to-right effect on rather than flashing on. Ex. 64 at 15, 24–25.

114.    Starting with Episode 99 of *On Patrol: Live*, the descriptions of events in the lower left-hand corner now appear with a horizontal left-to-right effect rather than a vertical top-to-bottom effect. Ex. 64 at 15, 25.

115.    Starting with Episode 99 of *On Patrol: Live*, the "earlier in" language was changed to "previously in" and was moved to the top right instead of the top left corner. Ex. 64 at 16, 25; Ex. 73 at 34.

116.    Starting with Episode 99 of *On Patrol: Live*, the dual screens are now slanted rhombuses instead of rectangles; both screens are centered horizontally instead of the smaller screen in the lower left-hand corner and the larger screen in the upper right; and the background behind the two screens is grey instead of red and blue. Ex. 64 at 17–18, 27; Ex. 15 ¶ 121; Ex. 73 at 34.

117.    Starting with Episode 99 of *On Patrol: Live*, there is no longer a U.S. map graphic of any kind. Ex. 64 at 14, 23; Ex. 15 ¶ 120; Ex. 73 at 34.

118.    Starting with Episode 99 of *On Patrol: Live*, the motion theory is different, with the graphics effecting on left-to-right instead of zooming in and out. Ex. 64 at 15, 24–25.

119. Starting with Episode 99 of *On Patrol: Live*, the graphics package is different, using grey and yellow instead of red and blue, slanted lines, more graphic and design elements, including more transparent grey boxes, and lines of yellow that evoke police tape. Ex. 15 ¶¶ 118–19; Ex. 73 at 20; Ex. 74 at 435:22-436:21, 438:7-11.

120. Starting with Episode 99 of *On Patrol: Live*, the logo is different, now in italic font, with a black bar in place of the red and blue lights, with the words "On Patrol" in bold and in a black box and the word "Live" in yellow, not white. Ex. 64 at 11–12, 21; Ex. 74 at 436:22-437:4 (new *On Patrol: Live* logo has "a higher degree of difference" to the Live PD logo).

121. Starting with Episode 99 of *On Patrol: Live*, the city and state no longer flash on but rather effect on with a left-to-right horizontal motion. Ex. 64 at 15, 24.

122. Starting with Episode 99 of *On Patrol: Live*, instead of the closing credits rolling under a rectangular box against a background of red and blue lights flashing on dark pavement, the live footage stays full screen and the credits roll on a translucent, dark grey, angled backplate, Ex. 64 at 18, 28.

123. Viewership metrics and ratings data from before and after the above changes were made to *On Patrol: Live* demonstrate there was no significant impact of the ratings in any direction. *See* Ex. 75 at 5, 14-15 & Exhibit 3 thereto (comparing ratings for *On Patrol: Live* from before and after Episode 99).

124. On average, 89.5% of *On Patrol: Live* Episodes 1 through 142 include live action. Ex. 75 at 7 & Exhibit 23 thereto (providing breakdown of the number of minutes of each *On Patrol: Live* episode that include live police action, live police action from "previously on" segments, and in-studio time); Ex. 75 at 26, Figure 10 (denoting 10.5% runtime of *On Patrol: Live* Episodes 1 through 142 as including in-studio time—as opposed to "Live In-Field" and "Previously On"

runtimes which respectively include "live police footage from the field," and "previously taped live police footage from the field"); Ex. 77 (REELZ spreadsheet providing the foregoing run-time breakdowns).

Dated:  October 9, 2024
        New York, NY

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Orin Snyder
    Orin Snyder
    Doran J. Satanove
    200 Park Avenue
    New York, NY 10166-0193
    Tel: (212) 351-4000
    OSnyder@gibsondunn.com
    DSatanove@gibsondunn.com

    Jay P. Srinivasan
    Ilissa Samplin
    Michael H. Dore
    333 South Grand Avenue
    Los Angeles, CA 90071-3197
    Tel: (213) 229-7354
    JSrinivasan@gibsondunn.com
    ISamplin@gibsondunn.com
    MDore@gibsondunn.com

    *Counsel for Defendants*