# EXHIBIT 10
# FILED UNDER SEAL

# Document Produced in Native Format

HIGHLY CONFIDENTIAL

AETN0024585